# United States Bankruptcy Court
## for the District of Columbia

**FILED**

JUL - 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In Re:  FANNIE PLAIN

Case Number: 03-0925

Debtor(s)

Chapter: 13

Case: 1:07-cv-01199
Assigned To : Urbina, Ricardo M.
Assign. Date : 7/2/2007
Description: General Civil

**TO:    Clerk, U.S. District Court for the District of Columbia**

Transmitted herewith is the **Notice of Appeal** in the above-captioned case.  Included in the transmittal is a copy of order being appealed and a certified copy of the docket sheet.

**Documents related to the appeal include:**

| DE# | Document | Filer |
|---|---|---|
| 277 | Order Disposing of Debtor's Opposition | Judge S. Martin Teel, Jr. |
| 302 | Motion Requesting that the Attorney Fees Filed with the Court Be Eliminated | Fannie Plain, Debtor |
| 303 | Notice of Appeal (FEE FOR APPEAL HAS NOT BEEN PAID) | |

**Other comments:**

**The parties to the order appealed and their respective attorneys are as follows:**

| | |
|---|---|
| **Appellant/Plaintiff** | **Attorney** |
| (Fannie Plain<br>3801 Blaine St, NE<br>Washington, DC 20019) | (name/address) |
| **Appellee/Defendant** | **Attorney** |
| (name/address) | (Name/address) |

By the Clerk,

Dated:      7/2/07

By: Patti Meador
Deputy Clerk

Please return a copy of this transmittal with the following information:

District Court Case Number:
Judge Assigned:                    [*Affix Label Here*]
Date Stamp:

The order below is hereby signed.

Signed: June 27, 2007.



*/s/ S. Martin Teel, Jr.*

S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| FANNIE PLAIN, | ) | Case No. 03-0925 |
| | ) | (Chapter 13) |
| Debtor. | ) | |

ORDER

On May 2, 2007, the debtor filed a document that she captioned "Motion Requesting That The Attorney Fees Filed With The Courts Be Eliminated Altogether As Well Denying That These Fees Be Charged To My Mortgage Account And Motion Also For Judicial Review" (Docket Entry ("DE") Nos. 302 and 303). In light of the debtor's request for judicial review, the clerk's office treated the filing as a notice of appeal to the District Court. Although the debtor's motion could theoretically be construed as a Rule 60 motion for reconsideration, this court was bound to honor the debtor's express request for judicial review, and in any event, had the debtor sought Rule 60 relief, it is unlikely that this court would have granted such a motion. It is thus

ORDERED that the court will not address the merits of the debtor's filing (DE Nos. 302 and 303) or Chase Home Finance's opposition thereto (DE No. 313, filed May 14, 2007), as the court no longer has jurisdiction over this matter. It is further

ORDERED that to the extent it has not yet done so, the clerk's office is directed to promptly transmit the record on appeal to the District Court.

[Signed and dated above.]

Copies to:

Debtor; James Clarke; Chapter 13 trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA


IN RE:                                          CASE NO: 03-00925

FANNIE PLAIN                                    CHAPTER 13

DEBTOR


MOVANT                                          **FILED**

CHASE MANHATTAN MORTGAGE                        MAY 0 2 2007

                                                Clerk
                                                U.S. Bankruptcy Court for D.C.

---

MOTION REQUESTING THAT THE ATTORNEY FEES FILED WITH THE
COURTS BE ELIMINATED ALTOGETHER AS WELL DENYING THAT THESE
FEES BE CHARGED TO MY MORTGAGE ACCOUNT.

AND


MOTION ALSO FOR JUDICIAL REVIEW

---

When we met in Court on April 07, 2007, Judge Teel, decided that he would order that I
pay the attorney fees that had been filed and requested by Attorney Rosado. He refused to
accept any of the statements I made in reference to dismissing the attorney fees. He
claimed that the attorney had spent A NUMBER OF HOURS on the case and he did not
feel that the attorney fees were excessive amount. First of all, the judge had no way of
determining the validity of the number of hours spent on the case as correct. He assumed
that what the attorney submitted to him was correct. I explained to him that I would be
requesting a Judicial Review in the case. I also informed him that the fees were
excessive and those fees should not be charged off to me. I brought up the fact that there
is still $1,780.00 that cleared by bank account that was never applied to my mortgage
account. He refused to entertain it as an issue other than to say that it should have been
brought up in 2002. It was brought up many times but as with everything else I have
brought before the court, he has ignored that it ever exist or that it was ever mentioned.

302 & 303

Judge Teel asked the attorney how did she expect me to pay the mortgage if her attorney fees were added to the bill. The attorney then stated that she had a plan. Her plan was to advise the judge that I should pay $253.00 plus dollars until her attorney fees were paid. The attorney's stipulations were to make sure that the attorney fees would be paid before the bankruptcy ended. Neither one of them cared to ask me if I could afford to pay the amount they had specified on a monthly basis. I did not respond as they did not care that all of the statements I had made in reference to the fees were ever taken into consideration.

Even today, why should history continue to repeat itself? There was no consideration given to me as a human being. I was totally regarded as property all over again with no rights of existence. According to the judge, throughout this ordeal, Chase and its attorney could never do anything wrong. They never were made to reapply the monies from the first mortgage to the second. They both were able to clearly see that the monies were applied to the wrong mortgage account. Yet the judge and the attorney did nothing to ask for a correction. He again he took the time to chide me for not having an attorney to represent me. The attorney for Chase has chosen at different intervals to enrich their pockets and the judge has allowed them to do so. So, why would I hire another attorney when Chase is ripping me off through the courts granting unnecessary fees? What a way to earn a living? The judge has accepted all of these briefs written to the court but Attorney Rosado could not tell the judge how much the mortgage payments were on a monthly basis. Yet he saw the need to charge me attorney fees for something that the attorney did not know.

Finally, I was unaware of the full cost of the attorney fees until late December 2006. Chase has a statement that tells the customers that they are going to collect a debt before they start to speak with them. The attorney represents Chase, why did she not inform me that each time she wrote anything to me and each time she spoke with me that she would be charging me a fee? Why would I learn about her fees in late December? It shows how deceptive the attorneys are and the courts are agreeing with unacceptable practices. I contend that I am not financially available to pay any of the said attorney fees. I have a responsibility to pay for those items I have used and that are useful to me and my family. You cannot ask me to pay for something that Chase and the attorneys created. In protecting Chase's interest, it is the responsibility of Chase to recover the attorney fees at its own expense.

Sincerely,

Fannie Plain
202-256-1934

My responsibilities are as follows
:

1. Susquehanna Bank Mortgage $2,450.00
2. Dovenmuele mortgage $360.00
3. Orange Lake Country Club  $246.00
4. Cingular Wireless/Verizon  $230.00
5. Transportation to and from work $175.00
6. Tuition at UDC  $240.00 monthly installment agreement
7.  Personal Expenses $250.00

Total               $4,011.60

Note:  After the bankruptcy fees are deducted, my total salary is $4,082.00 monthly.  I
have also been asked to make contributions to the redevelopment of my Mother's house
in Louisiana.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:                                          CASE NO: 03-00925

FANNIE PLAIN                                    CHAPTER 13

    DEBTOR

      MOVANT

CHASE MANAHTTAN MORTGAGE

_____

Ordered:

  That all attorney fees be cancelled and that the attorney fees should not be added on to the debtor's existing mortgage account. The attorney fees filed by Attorney Rosado in late December 2006 are hereby authorized to be charged off to the account of Chase Manhattan Company who has ownership of the mortgage. The debtor should not be charged any attorney fees and the installment agreement is also hereby cancelled.

Date:_____

_____
The Honorable S. Martin Teel, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that copies of the motion requesting that the attorney Fees filed by
Attorney Rosado be cancelled was mailed to the following parties on April 15, 2007:

L. Darren Goldberg, Esquire
James E. Clarke, Esquire
Attorneys for Movant
Attorney Steve J. Kushnir
Bar No. 269530
Draper and Goldberg, P.L.L.C
803 Sycolin Road, Suite 301
Leesburg, VA 20175


Cynthia Niklas
4545 42nd Street, N.W. Suite 211
Washington, D.C. 20016

U.S. Trustee for Region Four
c/o B. Amon James
U.S. Trustee's Office
115 South Union Street
Suite 210 Plaza Level
Alexandria, VA 22314

Clement Eyo
5902 Homewood Court
Lanham, Maryland 20706

The order below is hereby signed.

Signed: April 05, 2007.

S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| FANNIE PLAIN, | ) | Case No. 03-00925 |
| | ) | (Chapter 13) |
| Debtor. | ) | |

ORDER DISPOSING OF DEBTOR'S
OPPOSITION (DE NO. 243) TO CHASE
HOME FINANCE LLC'S STATEMENT OF ATTORNEY'S FEES (DE NO. 238)

Pursuant to an oral decision of this date, it is

ORDERED that the debtor's opposition (Docket Entry No. 243) (entitled "Motion Requesting that the Attorney Fee Requested . . . be Denied") to the Statement of Attorney's Fees (Docket Entry No. 238) filed by Chase Home Finance LLC ("Chase") is OVERRULED. It is further

ORDERED that the $3,085.00 in fees stated in the Statement of Attorney's Fees are fees that must be paid as recoverable pursuant to the first deed of trust in favor of Chase, and that, pursuant to the court's order (DE No. 237), as modified below, that modified the automatic stay with respect to the first deed of trust held by Chase, must be paid as provided by that order

277

(as modified below) as a condition to the automatic stay
remaining in effect.  It is further

ORDERED that paragraph (d) of the court's order modifying
the automatic stay (DE No. 237) is replaced by the following
paragraph:

> (d)    In addition to curing the monthly note payment
> arrearage, the Debtor shall pay attorney fees owed
> of $3,085.00 incurred in pursuit of the motion for
> relief from the automatic stay giving rise to this
> order, and shall pay the same by paying $258.00
> per month by the last day of each month commencing
> on April 30, 2007, and until the $3,085.00 has
> been paid in full.

It is further

ORDERED that a default in making a payment as set forth in
the modified paragraph (d) shall be subject to the provisions of
the Order (DE No. 237) addressing the motion for relief from the
automatic stay, including all of the paragraphs appearing after
numbered paragraphs (a) through (e), which includes the Notice of
Default procedure of that Order.

[Signed and dated above.]

Copies to: Debtor; Cynthia A. Niklas; Roxanne F. Rosado.

2

APPEAL

# U.S. Bankruptcy Court
## United States Bankruptcy Court for the District of Columbia
## (Washington, D.C.)
### Bankruptcy Petition #: 03-00925
#### Internal Use Only

*Assigned to:* Judge S. Martin Teel Jr.                    *Date Filed:* 05/07/2003
Chapter 13
Voluntary
Asset

*Debtor*                                    represented by **Fannie Plain**
**Fannie Plain**                                            PRO SE
3801 Blaine St, NE
Washington, DC 20019
SSN: 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

*Trustee*
**Cynthia A. Niklas**
4545 42nd Street, NW Suite 211
Washington, DC 20016-4623
202-362-8500

*U.S. Trustee*                               represented by **B. Amon James**
**U. S. Trustee for Region Four, 11**                      115 South Union Street
U. S. Trustee's Office                                      Suite 210
115 South Union St                                          Alexandria, VA 22314
Suite 210 Plaza Level                                       (703) 557-7176
Alexandria, VA 22314
703-557-7183

| Filing Date | # | Docket Text |
|---|---|---|
| 05/07/2003 | 1 | Voluntary Petition, Notice To Consumer Debtor and Mailing Matrix. Government Proof of Claim Deadline Set for 11/3/03 (Filing Fee: $185; Receipt# 52825) (kt) (Entered: 05/07/2003) |
| | | |

| 05/07/2003 | 2 | Disclosure of Compensation Filed By Arnold G. Ziegler In the Amount of $1,750. (kt) (Entered: 05/07/2003) |
|---|---|---|
| 05/07/2003 | 3 | Court Order Directing Debtor to File Chapter 13 Plan, Schedules, or Statement of Financial Affairs. Chapter 13 Plan Due 5/22/03 . Schedules/Statements Due 5/22/03 . (kt) (Entered: 05/07/2003) |
| 05/07/2003 | | First Meeting of Creditors Scheduled For 10:00 6/9/03 At Courtroom 24 Witness Room Confirmation Hearing Set For 9:30 8/8/03 At Courtroom 24 ;Last Day to File Proofs Of Claim: 9/7/03 . (kt) (Entered: 05/07/2003) |
| 05/12/2003 | 4 | Notice to all Creditors of First Meeting; Date Mailed: 5/9/03 (Number Served: 20). (kt) (Entered: 05/13/2003) |
| 05/12/2003 | 5 | Certificate of Mailing by BNC Re: [3-1] Ch 13 Plan/Schs Order ; Notices Mailed By BNC on 5/9/03 (kt) (Entered: 05/13/2003) |
| 05/20/2003 | 6 | Motion By Debtor Fannie Plain To Extend Time To File Schedules, Statements and Chapter 13 Plan . (kt) (Entered: 05/21/2003) |
| 05/22/2003 | 8 | Notice of Appearance And Request For Service Of Notice By Charles C. Iweanoge for Debtor Fannie Plain. (kt) (Entered: 05/28/2003) |
| 05/22/2003 | 9 | Schedules A-J. (kt) (Entered: 05/28/2003) |
| 05/22/2003 | 10 | Statement of Financial Affairs. (kt) (Entered: 05/28/2003) |
| 05/22/2003 | 11 | Statement of Intent. (kt) (Entered: 05/28/2003) |
| 05/22/2003 | 12 | Chapter 13 Plan. (kt) (Entered: 05/28/2003) |
| 05/22/2003 | 13 | Certificate Of Service By Charles C. Iweanoge for Debtor Fannie Plain Of [12-1] Chapter 13 Plan. (kt) (Entered: 05/28/2003) |
| 05/22/2003 | 14 | Numbered List of Creditors By Debtor Fannie Plain (kt) (Entered: 05/28/2003) |

| 05/22/2003 | 15 | Notice to Consumer Debtor. (kt) (Entered: 05/28/2003) |
|---|---|---|
| 05/27/2003 | 7 | Order Granting [6-1] Motion To Extend Time To File Schedules, Statements and Chapter 13 Plan by Fannie Plain; Missing Documents due: 5/27/03; Chapter 13 Plan due on 5/27/03. C/M 2 (kt) (Entered: 05/27/2003) |
| 05/28/2003 | 16 | Notice of Deficiency RE: [9-1] Schedules -- Certification Required. Deficiency Correction Due 6/4/03. (kt) (Entered: 05/28/2003) |
| 05/28/2003 | 17 | Disclosure of Compensation Filed By Charles C. Iweanoge In the Amount of $ 1,000. (kt) (Entered: 05/29/2003) |
| 05/30/2003 | 18 | Notice Filed by Debtor Fannie Plain of Continued Meeting of Creditors Scheduled For 12:00 6/23/03 at Courtroom 24 Witness Room . Notice Mailed To All Creditors and Interested Parties on 5/29/03 (kt) (Entered: 06/02/2003) |
| 05/30/2003 | 19 | Debtor's Certification Regarding Schedules, Statements and Amended Matrix. (kt) (Entered: 06/02/2003) |
| 06/02/2003 | | Terminated Deadline, Debtor Filed A Certification Regarding The Schedules. (kt) (Entered: 06/02/2003) |
| 06/03/2003 | 20 | Debtor's Certification Regarding Schedules, Statements and Amended Matrix. (kt) (Entered: 06/05/2003) |
| 06/04/2003 | | Terminated attorney Arnold G. Ziegler for Fannie Plain There Is Another Attorney Representing the Debtor. (kt) (Entered: 06/04/2003) |
| 06/09/2003 | 21 | Motion By Arnold G. Ziegler for Debtor Fannie Plain To Withdraw As Attorney of Record . (kt) (Entered: 06/12/2003) |
| 06/20/2003 | 22 | Notice Filed by Debtor Fannie Plain of Continued Meeting of Creditors Scheduled For 12:00 7/14/03 at Courtroom 24 Witness Room. Notice Mailed To All Creditors and Interested Parties on 6/20/03 (kt) (Entered: 06/25/2003) |
| 06/25/2003 | 23 | Order Granting [21-1] Motion To Withdraw As Attorney of |

| | | |
|---|---|---|
| | | Record by Arnold G. Ziegler. Involvement of attorney Arnold G. Ziegler for Fannie Plain Terminated . C/M 3 (kt) (Entered: 06/25/2003) |
| 06/30/2003 | 24 | Notice of Appearance And Request For Service Of Notice By L. Darren Goldberg for Creditor Chase Manhattan Mortgage Corporation. (kt) (Entered: 07/02/2003) |
| 07/14/2003 | 25 | Amended Schedules A. (kt) (Entered: 07/16/2003) |
| 07/14/2003 | 26 | Chapter 13 Amended Plan (kt) (Entered: 07/16/2003) |
| 07/14/2003 | 27 | Certificate Of Service By Charles C. Iweanoge for Debtor Fannie Plain Of [26-1] Chapter 13 Amended Plan. (kt) (Entered: 07/16/2003) |
| 07/16/2003 | 28 | Notice of Deficiency RE: [25-1] Amended Schedules -- The Summary of Schedules and The Signature Page Are Required. Deficiency Correction Due 7/23/03. (kt) (Entered: 07/16/2003) |
| 07/18/2003 | 29 | Trustee's Consent Praecipe Continuing Hearing Re: [26-1] Chapter 13 Amended Plan Confirmation Hearing Continued To 9:30 9/19/03 at Courtroom 24 (kt) (Entered: 07/23/2003) |
| 07/18/2003 | 30 | First Meeting Held and Examination of Debtor. (kt) (Entered: 07/23/2003) |
| 07/18/2003 | 31 | Objection By Trustee Cynthia Niklas To Confirmation Of Amended Plan Filed July 14, 2003. (kt) (Entered: 07/23/2003) |
| 07/23/2003 | 32 | Amended Schedules A. (kt) (Entered: 07/29/2003) |
| 08/04/2003 | | Terminated Deadline The Debtor Filed Another Amended Schedule A. (kt) (Entered: 08/04/2003) |
| 09/12/2003 | 33 | Motion By Trustee Cynthia Niklas To Continue Confirmation Hearing On: ([26-1] Chapter 13 Amended Plan) . (kt) (Entered: 09/16/2003) |
| | | |

| 09/12/2003 | 34 | Objection By Debtor Fannie Plain Claim of: Chase Manhattan Mortgage Corp. (kt) (Entered: 09/24/2003) |
|---|---|---|
| 09/12/2003 | 35 | Notice of Motion/Application RE: [34-1] Claims Objection by Fannie Plain; Notice Served 9/12/03; Objection to Claims Objection Due 10/12/03. (kt) (Entered: 09/24/2003) |
| 09/12/2003 | 37 | Objection By Debtor Fannie Plain Claim of Internal Revenue Service. (kt) (Entered: 09/24/2003) |
| 09/12/2003 | 38 | Notice of Motion RE: [37-1] Claims Objection by Fannie Plain; Notice Served 9/12/03; Objection to Claims Objection Due 10/12/03. (kt) (Entered: 09/24/2003) |
| 09/17/2003 | 36 | Praecipe of Consent By Trustee Cynthia Niklas To [33-1] Motion To Continue Confirmation Hearing On: ([26-1] Chapter 13 Plan) by Cynthia Niklas. (kt) (Entered: 09/23/2003) |
| 09/26/2003 |  | BNC Notice to All Creditors Re: [26-1] Chapter 13 Amended Plan . (Notice Sent By BNC Within 48 Hours.) (sm) (Entered: 09/26/2003) |
| 09/30/2003 | 39 | Order Granting [33-1] Motion To Continue Confirmation Hearing On: ([26-1] Chapter 13 Amended Plan) by Cynthia Niklas Confirmation Hearing reset to 9:30 10/17/03 at Courtroom 24 . C/M 2 (kt) (Entered: 09/30/2003) |
| 09/30/2003 | 40 | Hearing/Court BNC Notice Re: [26-1] Chapter 13 Amended Plan Confirmation Hearing scheduled 9:30 10/17/03 at Courtroom 24 (kt) (Entered: 09/30/2003) |
| 09/30/2003 | 41 | Opposition By Creditor Chase Manhattan Mortgage Corporation To [34-1] Claims Objection by Fannie Plain. (kt) (Entered: 10/01/2003) |
| 10/14/2003 | 42 | Motion to Continue Hearing On *Confirmation of Plan To November 14, 2003* Filed by Fannie Plain (Re: Related Document(s) #:[12] Chapter 13 Plan, [26] Amended Chapter 13 Plan.) (kt) (Entered: 10/16/2003) |
| 10/17/2003 | 43 | Order Granting Motion To Continue Hearing On (Related |

| | | |
|---|---|---|
| | | Document #: <u>42</u>) Entered on 10/17/2003.Hearing scheduled for 11/14/2003 at 09:30 AM at Courtroom 24. (kt) (Entered: 10/17/2003) |
| 10/17/2003 | 44 | Receipt of Relief from Stay Filing Fee - $75.00 by KN. Receipt Number 00060158. Payment received from DRAPER & GOLDBERG PLLC. (Entered: 10/17/2003) |
| 10/17/2003 | <u>46</u> | Motion for Relief from Co-Debtor Stay *and*, Motion for Relief from Stay *andFor Prospective Relief From The Automatic Stay*. Fee Amount $75, Filed by Chase Manhattan Mortgage Corporation (kt) (Entered: 10/21/2003) |
| 10/17/2003 | <u>47</u> | Notice of Opportunity to Object. Filed by L. Darren Goldberg on behalf of Chase Manhattan Mortgage Corporation. (Re: Related Document(s) #:<u>46</u> Motion for Relief from Co-Debtor Stay, Motion for Relief From Stay.) Objections due by 10/10/2003. (kt) (Entered: 10/21/2003) |
| 10/17/2003 | <u>48</u> | Notice of Hearing Filed by L. Darren Goldberg on behalf of Chase Manhattan Mortgage Corporation. (Re: Related Document(s) #:<u>46</u> Motion for Relief from Co-Debtor Stay, Motion for Relief From Stay.) Hearing scheduled for 10/30/2003 at 02:00 PM at Courtroom 24. (kt) (Entered: 10/21/2003) |
| 10/17/2003 | <u>49</u> | Motion to Compel *The Debtor To File Tax Returns*, Motion to Extend Time Period *To File Amended Proof of Claim.*, Motion To Show Cause Re: *Why The Case Should Not Be Dismissed* Filed by Internal Revenue Sevice (kt) (Entered: 10/21/2003) |
| 10/17/2003 | <u>50</u> | Notice of Opportunity to Object. Filed by Stephen R. Doroghazi on behalf of Internal Revenue Sevice. (Re: Related Document(s) #:<u>49</u> Motion to Compel, Motion to Extend/Shorten Time, Motion To Show Cause.) Objections due by 10/29/2003. (kt) (Entered: 10/21/2003) |
| 10/19/2003 | <u>45</u> | BNC Certificate of Mailing - PDF Document. Service Date 10/19/2003. (Related Doc # <u>43</u>) (Admin.) (Entered: 10/20/2003) |

| 10/20/2003 | ●51 | Response Filed by Internal Revenue Sevice To Objection To Internal Revenue Service's Proof of Claim (Re: Related Document(s) #:[37] Objection to Claim.) (kt) (Entered: 10/22/2003) |
| 10/22/2003 | ●52 | Certificate of Compliance Filed by Fannie Plain . (Re: Related Document(s) #:[37] Objection to Claim.) (kt) (Entered: 10/24/2003) |
| 10/24/2003 | ●53 | Answer Filed by Fannie Plain (Re: Related Document(s) #:46 Motion for Relief from Co-Debtor Stay, Motion for Relief From Stay.) (kt) (Entered: 10/28/2003) |
| 10/27/2003 | ●55 | Response Filed by Fannie Plain (Re: Related Document(s) #:46 Motion for Relief from Co-Debtor Stay, Motion for Relief From Stay.) (kt) (Entered: 10/31/2003) |
| 10/30/2003 | ●54 | Hearing Continued. (Re: Related Document(s) #:46 Motion for Relief from Co-Debtor Stay, Motion for Relief From Stay Filed by Creditor Chase Manhattan Mortgage Corp.) Hearing scheduled for 12/4/2003 at 02:00 PM at Courtroom 24. (sm) (Entered: 10/30/2003) |
| 11/03/2003 | ●56 | Scheduling Conference Set. (Re: Related Document(s) #: [34] Objection by Debtor Fannie Plain to Claim of Chase Manhattan Mortgage Co.) Hearing scheduled for 11/13/2003 at 02:00 PM at Courtroom 24. (sm) (Entered: 11/03/2003) |
| 11/03/2003 | ●57 | Scheduling Conference Set. (Re: Related Document(s) #: [37] Objection by Debtor Fannie Plain to Claim of Internal Revenue Service.) Hearing scheduled for 11/13/2003 at 02:00 PM at Courtroom 24. (sm) (Entered: 11/03/2003) |
| 11/05/2003 | ●58 | BNC Certificate of Mailing - Hearing. Service Date 11/05/2003. (Related Doc # 56) (Admin.) (Entered: 11/06/2003) |
| 11/05/2003 | ●59 | BNC Certificate of Mailing - Hearing. Service Date 11/05/2003. (Related Doc # 57) (Admin.) (Entered: 11/06/2003) |

| 11/07/2003 | ❍60 | Order Granting Motion To Compel (Related Document #: 49), Granting Motion to Extend Time (Related Document #: 49), Granting Motion To Show Cause (Related Document #: 49) Entered on 11/7/2003. (kt) (Entered: 11/07/2003) |
|---|---|---|
| 11/09/2003 | ❍61 | BNC Certificate of Mailing - PDF Document. Service Date 11/09/2003. (Related Doc # 60) (Admin.) (Entered: 11/10/2003) |
| 11/13/2003 | ❍63 | Scheduling Conference Held. (Re: Related Document(s) #: [37] Objection to Claim of IRS by the Debtor, [34] Objection to Claim of Chase Manhattan Mortgage by the Debtor.) (sm) (Entered: 11/19/2003) |
| 11/14/2003 | ❍62 | Confirmation Hearing Held. (Re: Related Document(s) #: [26] Amended Chapter 13 Plan.) OTBS by Cynthia Niklas (sm) (Entered: 11/19/2003) |
| 11/18/2003 | ❍64 | Motion to Convert Case to Chapter 7 or, in the alternative, to Dismiss Case Filed by US Trustee (kt) (Entered: 11/19/2003) |
| 11/18/2003 | ❍65 | Notice of Appearance and Request to Add Attorney Filed by John C. Hanrahan on behalf of Chase Manhattan Mortgage Corporation . (kt) (Entered: 11/19/2003) |
| 11/19/2003 | ❍66 | Notice to Party Filing Deficient Pleading(s)/Document(s) -- Attorney John C. Hanrahan Must Have Active Bar Status As Required. (Re: Related Document(s) #:65 Notice of Appearance and Request to Add Attorney.) Deficient Pleading(s)/Document(s) due by 11/26/2003. (kt) (Entered: 11/19/2003) |
| 11/19/2003 | ❍ | CORRECTIVE ENTRY: DE# 64 was docketed in error to this case. (Re: Related Document(s) #:64 Motion to Convert Case to Chapter 7, Motion to Dismiss Case.) (be) (Entered: 11/19/2003) |
| 11/26/2003 | ❍67 | Order Confirming Chapter 13 Plan As Modified In Open Court On November 14, 2003 Entered on 11/26/2003. (Re: Related Document(s) #:[26] Amended Chapter 13 Plan.) |

| | | (kt) (Entered: 11/26/2003) |
|---|---|---|
| 11/28/2003 | ●68 | BNC Certificate of Mailing - PDF Document. Service Date 11/28/2003. (Related Doc # 67) (Admin.) (Entered: 11/29/2003) |
| 12/02/2003 | ●70 | Notice of Appearance and Request to Add Attorney Filed by John C. Hanrahan on behalf of Chase Manhattan Mortgage Corporation -- Hanrahan's Status is Provisional. (kt) (Entered: 12/09/2003) |
| 12/04/2003 | ●69 | Hearing Continued. (Re: Related Document(s) #:46 Motion for Relief from Co-Debtor Stay, Motion for Relief From Stay for Perspective Relief Filed by Chase Manhattan Mortgage Corporation.) Hearing scheduled for 1/8/2004 at 02:00 PM at Courtroom 24. (sm) (Entered: 12/08/2003) |
| 12/09/2003 | ●71 | Notice to Party Filing Deficient Pleading(s)/Document(s)-- The Attorney Is Required To Have Active Status. (Re: Related Document(s) #:70 Notice of Appearance and Request to Add Attorney.) Deficient Pleading(s)/Document (s) due by 12/16/2003. (kt) (Entered: 12/09/2003) |
| 12/10/2003 | ●72 | Scheduling Order Entered on 12/10/2003. Discovery due by 12/19/2003. Hearing date set for 1/8/2004 at 02:00 PM at Courtroom 24. (sm) (Entered: 12/10/2003) |
| 12/10/2003 | ●73 | Scheduling Order Entered on 12/10/2003. Discovery due by 12/19/2003. Hearing date set for 1/8/2004 at 02:00 PM at Courtroom 24. (sm) (Entered: 12/10/2003) |
| 12/12/2003 | ●74 | BNC Certificate of Mailing - PDF Document. Service Date 12/12/2003. (Related Doc # 72) (Admin.) (Entered: 12/13/2003) |
| 12/12/2003 | ●75 | BNC Certificate of Mailing - PDF Document. Service Date 12/12/2003. (Related Doc # 73) (Admin.) (Entered: 12/13/2003) |
| 12/29/2003 | ●76 | Certificate Regarding Discovery Filed by Creditor Chase Manhattan Mortgage Corporation (Re: Related Document (s) #:73 Scheduling Order.) (kt) (Entered: 12/31/2003) |

| 01/05/2004 | ❂77 | Motion to Continue Hearing On Objection Of Internal Revenue Service's Proof of Claim On January 8, 2004 Filed by Fannie Plain (Re: Related Document(s) #:[37] Objection to Claim.) (kt) (Entered: 01/07/2004) |
|---|---|---|
| 01/05/2004 | ❂78 | Pretrial Statement Filed by Debtor Fannie Plain (kt) (Entered: 01/07/2004) |
| 01/07/2004 | ❂79 | Order Vacating The Clerk's Office's Notice To Party Filing Deficient Pleading Entered on 1/7/2004. (Re: Related Document(s) #:66 Notice to Party Filing Deficient Pleading (s)/Document(s), Notice to Party Filing Deficient Pleading (s)/Document(s).) (kt) (Entered: 01/07/2004) |
| 01/07/2004 | ❂83 | Pretrial Statement Filed by Chase Manhattan Mortgage Corporation (Re: Related Document(s) #:[34] Objection to Claim.) (kt) (Entered: 01/13/2004) |
| 01/08/2004 | ❂80 | Hearing Continued (Re: Related Document(s) #:[34] Objection by the Debtor Fannie Plain to Claim of Chase Manhattan Mortgage Corp.) Hearing scheduled for 2/19/2004 at 02:00 PM at Courtroom 24. (sm) (Entered: 01/09/2004) |
| 01/09/2004 | ❂81 | BNC Certificate of Mailing - PDF Document. Service Date 01/09/2004. (Related Doc # 79) (Admin.) (Entered: 01/10/2004) |
| 01/12/2004 | ❂82 | Order Continuing Hearing (Re: Related Document(s) #:[37] Objection to Claim of Internal Revenue Service Filed by Debtor Fannie Plain.) Hearing scheduled for 1/29/2004 at 02:00 PM at Courtroom 24. (sm) (Entered: 01/12/2004) |
| 01/14/2004 | ❂84 | BNC Certificate of Mailing - PDF Document. Service Date 01/14/2004. (Related Doc # 82) (Admin.) (Entered: 01/15/2004) |
| 01/29/2004 | ❂85 | Hearing Continued (Re: Related Document(s) #:[37] Objection to Claim of Internal Revenue Service Filed by Debtor Fannie Plain.) Hearing scheduled for 2/26/2004 at 09:30 AM at Courtroom 24. (sm) (Entered: 02/04/2004) |
| | | |

| 02/02/2004 | ◕86 | Notice of Assignment/Transfer of Claim # 4 by Bank One, Delaware, NA to B-First, LLC in the amount of $704.81 Filed by B-First, LLC , Bank One, Delaware NA . Objections to Assignment of Claim due by 2/22/2004. (kt) (Entered: 02/09/2004) |
| 02/10/2004 | ◕87 | Notice to Debtor/Debtor's Attorney of Returned Mail (Re: Related Document(s) #:67 Order Confirming Chapter 13 Plan.) (ma) (Entered: 02/10/2004) |
| 02/11/2004 | ◕88 | BNC Certificate of Mailing. Service Date 02/11/2004. (Related Doc # 86) (Admin.) (Entered: 02/12/2004) |
| 02/12/2004 | ◕89 | BNC Certificate of Mailing - Returned Mail. Service Date 02/12/2004. (Related Doc # 87) (Admin.) (Entered: 02/13/2004) |
| 02/19/2004 | ◕90 | Hearing Continued (Re: Related Document(s) #:[34] Objection to Claim of Chase Manhattan Mortgage Corp Filed by Fannie Plain.) Hearing scheduled for 3/25/2004 at 02:00 PM Courtroom 24 for. (sm) (Entered: 02/19/2004) |
| 02/26/2004 | ◕91 | Hearing Scheduled (Re: Related Document(s) #:[37] Objection to Claim of Internal Revenue Service Filed by Fannie Plain.) Hearing scheduled for 4/21/2004 at 02:00 PM Courtroom 24. (sm) (Entered: 02/26/2004) |
| 03/29/2004 | ◕ | Hearing Re-Scheduled at the Request of the Court (Re: Related Document(s) #:[34] Objection to Claim of Chase Manhattan Mortgage Corp) Hearing scheduled for 4/21/2004 at 02:00 PM Courtroom 24. (sm) (Entered: 03/29/2004) |
| 04/02/2004 | ◕92 | Notice of Appearance and Request to Add Attorney Filed by Michael T. Cantrell on behalf of Burnett & Matthews, LLP . (kt) (Entered: 04/06/2004) |
| 04/09/2004 | ◕93 | Objection to Amended Claim of Internal Revenue Service Filed by Fannie Plain (kt) (Entered: 04/12/2004) |
| 04/09/2004 | ◕94 | Notice of Opportunity to Object. Filed by Charles C. Iweanoge on behalf of Fannie Plain . (Re: Related |

| | | |
|---|---|---|
| | | Document(s) #:93 Objection to Claim.) Objections due by 5/9/2004 for 93. (kt) (Entered: 04/12/2004) |
| 04/21/2004 | ●95 | Hearing Scheduled (Re: Related Document(s) #:[34] Objection to Claim of Chase Manhattan Mortgage Corp.) Hearing scheduled for 5/27/2004 at 02:00 PM Courtroom 24. (sm) (Entered: 04/21/2004) |
| 04/21/2004 | ●96 | Hearing Continued(Re: Related Document(s) #:[37] Objection to Claim Of Internal Revenue Service) Hearing scheduled for 5/27/2004 at 02:00 PM Courtroom 24. (sm) (Entered: 04/22/2004) |
| 04/22/2004 | 97 | Receipt of Relief from Stay Filing Fee - $150.00 by KN. Receipt Number 00062168. Payment received from FRIEDMAN & MACFADYEN PA. (Entered: 04/22/2004) |
| 04/22/2004 | ●98 | Motion for Relief from Stay To Permit Foreclosure of the Deed of Trust. Fee Amount $150, Filed by Umbrella Bank (tg) (Entered: 04/26/2004) |
| 04/22/2004 | ●99 | Notice of Opportunity to Object Filed by Umbrella Bank . (Re: Related Document(s) #:98 Motion for Relief From Stay) Objections due by 5/6/2004. (tg) (Entered: 04/26/2004) |
| 04/22/2004 | ●100 | Notice of Hearing Filed by Umbrella Bank . (Re: Related Document(s) #:98 Motion for Relief From Stay) Hearing scheduled for 5/6/2004 at 02:00 PM Courtroom 24 . (tg) (Entered: 04/26/2004) |
| 04/29/2004 | ●101 | Answer/Response Filed by Fannie Plain (Re: Related Document(s) #:98 Motion for Relief From Stay.) (mw) (Entered: 05/03/2004) |
| 04/29/2004 | ●102 | Proposed Order Denying Filed by Fannie Plain. (Re: Related Document(s) #:101 Response.) (mw) (Entered: 05/03/2004) |
| 05/06/2004 | ●103 | Hearing Continued (Re: Related Document(s) #:98 Motion for Relief From Stay to Permit Foreclosure of the Deed of Trust Filed by Umbrella Bank) Hearing scheduled for |

| | | |
|---|---|---|
| | | 5/27/2004 at 2:00 PM Courtroom 24. (sm) (Entered: 05/06/2004) |
| 05/10/2004 | 104 | Notice of Appearance and Request to Add Attorney Filed by Jennifer L. Vozne on behalf of US Department of Justice. (kt) (Entered: 05/12/2004) |
| 05/10/2004 | 105 | Respondnt's Motion For Extension of Time To Serve Response To Debtor's Objection To Amended Claim of Internal Revenue Service Filed by Internal Revenue Service (Re: Related Document(s) #:93 Objection to Claim.) (kt) (Entered: 05/12/2004) |
| 05/10/2004 | 106 | Proposed Order Regarding Motion To Extend Time To Respond To Debtor's Objection Filed by Internal Revenue Service . (Re: Related Document(s) #:105 Motion to Extend/Shorten Time.) (kt) (Entered: 05/12/2004) |
| 05/12/2004 | | Document Transmitted to Chambers (Re: Related Document(s) #:105 Motion to Extend/Shorten Time) (kt) (Entered: 05/12/2004) |
| 05/20/2004 | 107 | Response To Debtor's Objection To Amended Claim of Internal Revenue Service Filed by Internal Revenue Service (Re: Related Document(s) #:93 Objection to Claim.) (kt) (Entered: 05/24/2004) |
| 05/20/2004 | 108 | Proposed Order Denying Debtor's Objection To Amended Claim of Internal Revenue Service Filed by Internal Revenue Service . (Re: Related Document(s) #:93 Objection to Claim.) (kt) (Entered: 05/24/2004) |
| 05/27/2004 | 109 | Hearing Continued (Re: Related Document(s) #:98 Motion for Relief From Stay to Permit Foreclosure of the Deed of Trust Filed by Umbrella Bank) Hearing scheduled for 6/10/2004 at 2:00 PM Courtroom 24. (sm) (Entered: 05/27/2004) |
| 05/27/2004 | 110 | Hearing Scheduled (Re: Related Document(s) #:[34] Objection by Debtor Fannie Plain to Claim of chase Manhattan Mortgage Corp) Hearing scheduled for 6/24/2004 at 02:00 PM Courtroom 24. (sm) (Entered: |

| | | 05/27/2004 |
|---|---|---|
| 05/27/2004 | ●111 | Hearing Continued (Re: Related Document(s) #:93Amended Objection to Claim of Internal Revenue Service) Hearing scheduled for 7/15/2004 at 02:00 PM Courtroom 24. (sm) (Entered: 05/27/2004) |
| 05/27/2004 | ●112 | Order Granting Motion to Extend Time (Related Document #: 105) Entered on 5/27/2004. (kt) (Entered: 05/27/2004) |
| 05/29/2004 | ●113 | BNC Certificate of Mailing - PDF Document. Service Date 05/29/2004. (Related Doc # 112) (Admin.) (Entered: 05/30/2004) |
| 06/10/2004 | ●114 | Hearing Held (Re: Related Document(s) #:98 Motion for Relief From Stay to Permit Foreclosure of the Deed of Trust Filed by Umbrella Bank) OTBS by Michael Cantrell (sm) (Entered: 06/10/2004) |
| 06/10/2004 | ●115 | Praecipe Regarding The Filing Of An Agreed Order Modifying Automatic Stay Filed by Fannie Plain Umbrella Bank. (Re: Related Document(s) #:98 Motion for Relief From Stay.) (kt) (Entered: 06/14/2004) |
| 06/10/2004 | ●116 | Proposed Agreed Order Filed by Fannie Plain , Umbrella Bank . (Re: Related Document(s) #:98 Motion for Relief From Stay.) (kt) (Entered: 06/14/2004) |
| 06/14/2004 | | Document Transmitted to Chambers (Re: Related Document(s) #:98 Motion for Relief From Stay) (kt) (Entered: 06/14/2004) |
| 06/16/2004 | ●117 | Proposed Stipulation Between Debtor and The United States To Lift Automatic Stay To Permit Setoff of Refund Filed by Internal Revenue Service , Fannie Plain . (Re: Related Document(s) #:93 Objection to Claim.) (kt) (Entered: 06/22/2004) |
| 06/22/2004 | | Document Transmitted to Chambers Via E-Orders Processing (Re: Related Document(s) #:117 Proposed Order, 93 Objection to Claim) (kt) (Entered: 06/22/2004) |
| | | |

| 06/24/2004 | ●118 | Hearing Continued (Re: Related Document(s) #:[34] Objection to Claim of Chase Manhattan Mortgage Corp) Hearing scheduled for 7/8/2004 at 02:00 PM Courtroom 24. (sm) (Entered: 06/24/2004) |
| --- | --- | --- |
| 06/25/2004 | ●119 | Order Pursuant To Stipulation Between Debtor And The United States To Lift Automatic Stay To Permit Setoff of Refund (Related Document(s) #:93 Objection to Claim.) Order entered on 6/25/2004. (kt) (Entered: 06/25/2004) |
| 06/25/2004 | ●120 | Agreed Order Modifying Automatic Stay (Related Document(s) #:98 Motion for Relief From Stay.) Order entered on 6/25/2004. (kt) (Entered: 06/25/2004) |
| 06/27/2004 | ●121 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:119 Endorsed Order) No. of Notices: 4. Service Date 06/27/2004. (Admin.) (Entered: 06/28/2004) |
| 06/27/2004 | ●122 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:120 Endorsed Order) No. of Notices: 5. Service Date 06/27/2004. (Admin.) (Entered: 06/28/2004) |
| 07/08/2004 | ●123 | Notice to Debtor/Debtor's Attorney of Returned Mail (Re: Related Document(s) #:120 Endorsed Order) (pm) (Entered: 07/08/2004) |
| 07/08/2004 | ●125 | Hearing Continued(Re: Related Document(s) #:[34] Objection to Claim of Chase Manhattan Mortgage Corp POC#8) Hearing scheduled for 8/5/2004 at 02:00 PM Courtroom 24. (sm) (Entered: 07/15/2004) |
| 07/10/2004 | ●124 | BNC Certificate of Mailing - Returned Mail. (Re: Related Document(s) #:123 Notice of Returned Mail.) No. of Notices: 1. Service Date 07/10/2004. (Admin.) (Entered: 07/11/2004) |
| 08/05/2004 | ●126 | Hearing Held (Re: Related Document(s) #:[34] Objection to Claim of Chase Manhattan Mortgage Corp) (sm) (Entered: 08/06/2004) |
| 08/06/2004 | ●127 | Order Overruling Objection to Proof of Claim. (Related Document(s) #:[34] Objection to Claim.) Order entered on |

| | | 8/6/2004. (sm) (Entered: 08/06/2004) |
|---|---|---|
| 08/08/2004 | ●128 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:127 Order) No. of Notices: 3. Service Date 08/08/2004. (Admin.) (Entered: 08/09/2004) |
| 08/27/2004 | ●129 | Trustee's Report on Claims Filed by Cynthia A. Niklas (xNiklas4, Cynthia) (Entered: 08/27/2004) |
| 08/31/2004 | ●130 | Trustee's Report on Claims Filed by Cynthia A. Niklas (Niklas, Cynthia) (Entered: 08/31/2004) |
| 09/23/2004 | ●131 | Affidavit Re: Filed by Umbrella Bank. (Re: Related Document(s) #:120 Endorsed Order.) (Attachments: # 1 Exhibit Certificate of Service)(Cantrell, Michael) (Entered: 09/23/2004) |
| 09/24/2004 | ●132 | Trustee's Report on Claims Filed by Cynthia A. Niklas (xNiklas4, Cynthia) (Entered: 09/24/2004) |
| 09/24/2004 | ●133 | Motion to Modify *confirmation order of November 26, 2003, confirming amended plan filed July 14, 2003, as modified in open court on November 14, 2003, post-confirmation* Filed by Cynthia A. Niklas (Re: Related Document(s) #:67 Order Confirming Chapter 13 Plan.) (Attachments: # 1 Proposed Order) (xNiklas2, Cynthia) (Entered: 09/24/2004) |
| 09/24/2004 | ●134 | Notice of Opportunity to Object Filed by Cynthia A. Niklas (Re: Related Document(s) #:133 Motion to Modify Plan,.) Objections due by 10/14/2004 for 133,. (xNiklas2, Cynthia) (Entered: 09/24/2004) |
| 09/24/2004 | ●135 | Notice of Hearing *November 19, 2004* Filed by Cynthia A. Niklas (Re: Related Document(s) #:133 Motion to Modify Plan,.) Hearing scheduled for 11/19/2004 at 11:00 AM Courtroom 24 for 133,. (xNiklas2, Cynthia) (Entered: 09/24/2004) |
| 10/14/2004 | ●136 | Opposition *to Motion to Modify COnfirmation Order of November 26, 2003* Filed by Fannie Plain (Re: Related Document(s) #:133 Motion to Modify Plan,.) (Iweanoge, |

| | | Charles) (Entered: 10/14/2004) |
|---|---|---|
| 10/14/2004 | ◑137 | Objection to Trustee's Motion To Modify The Confirmation Order Issued on November 26, 2003, Confirming The Amount That Was Required To Be Paid Into The Plan Filed by Fannie Plain (Re: Related Document(s) #:133 Motion to Modify Plan, .) (kt) (Entered: 10/18/2004) |
| 10/14/2004 | ◑138 | Motion For Careful Reconsideration of The Fees That Chase Manhattan Has Listed As The Amount That Is Due Them In This Bankrupcty Case Filed by Fannie Plain (Re: Related Document(s) #:[34] Objection to Claim.) (kt) (Entered: 10/18/2004) |
| 10/21/2004 | ◑139 | Opposition *to Trustee's Motion to modify Plan, Amended to include electronic signature* Filed by Fannie Plain (Re: Related Document(s) #:136 Opposition, and 133 Motion to Modify Plan.) (Iweanoge, Charles) Modified on 10/27/2004 MODIFIED TO ADD LINKAGE(mw). (Entered: 10/21/2004) |
| 11/03/2004 | | Document Transmitted to Chambers (Re: Related Document(s) #:138 Motion to Reconsider) (kt) (Entered: 11/03/2004) |
| 11/03/2004 | ◑140 | Request to Withdraw Document Filed by Umbrella Bank. (Re: Related Document(s) #:131 Affidavit.) (Cantrell, Michael) (Entered: 11/03/2004) |
| 11/15/2004 | ◑141 | Motion to Withdraw as Attorney Filed by Fannie Plain (Attachments: # 1 Proposed Order) (Iweanoge, Charles) (Entered: 11/15/2004) |
| 11/16/2004 | | Documents Terminated. The Affidavit of Default Was Withdrawn By The Movant. (kt) (Entered: 11/16/2004) |
| 11/16/2004 | ◑ | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER WAS NOT UPLOADED. PLEASE CLICK ON THE BANKRUPTCY MENU THEN CLICK ON ORDER UPLOAD AND PROCEED TO UPLOAD YOUR |

| | | |
|---|---|---|
| | | PROPOSED ORDER. (Re: Related Document(s) #:141 Motion to Withdraw as Attorney) YOU HAVE UNTIL 11/19/2004 for 141, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (kt) (Entered: 11/16/2004) |
| 11/16/2004 | ❸142 | Response *to Motion Filed With the Courts for Careful Reconsideration of the Fees that Chase Manhattan has Listed as The Amount that is Due Them in this Bankruptcy Case* Filed by Chase Manhattan Mortgage Corporation (Re: Related Document(s) #:138 Motion to Reconsider.) (Attachments: # 1 Proposed Order) (Hanrahan, John) (Entered: 11/16/2004) |
| 11/17/2004 | ❸ | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER IS IMPROPERLY FORMATTED. PLEASE RESUBMIT THE PROPOSED ORDER IN THE REQUIRED FORMAT. (Re: Related Document(s) #:142 Response, ) YOU HAVE UNTIL 11/20/2004 for 142, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (kt) (Entered: 11/17/2004) |
| 11/17/2004 | ❸ | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER WAS NOT UPLOADED. PLEASE CLICK ON THE BANKRUPTCY MENU THEN CLICK ON ORDER UPLOAD AND PROCEED TO UPLOAD YOUR PROPOSED ORDER. (Re: Related Document(s) #:142 Response, ) YOU HAVE UNTIL 11/20/2004 for 142, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (kt) (Entered: 11/17/2004) |
| 11/17/2004 | ❸143 | Notice of Continued Hearing *February 18, 2005* Filed by Cynthia A. Niklas (Re: Related Document(s) #:133 Motion to Modify Plan,.) Hearing scheduled for 2/18/2005 at 11:00 AM Courtroom 24 for 133,. (xNiklas2, Cynthia) (Entered: 11/17/2004) |

| 11/22/2004 | �e145 | Motion For An Order Setting A Hearing On Debtor's Objections to Claims Filed By Internal Revenue Service or, Alternatively, For An Order Denying Debtor's Objections as Moot Filed by Internal Revenue Service (Re: Related Document(s) #:93 Objection to Claim.) (Attachments: # 1 Proposed Order) (kt) (Entered: 12/03/2004) |
|---|---|---|
| 12/01/2004 | �e144 | Order Denying Without Prejudice Motion To Reconsider (Related Document #: 138) Entered on 12/1/2004. (kt) (Entered: 12/01/2004) |
| 12/03/2004 | �e146 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:144 Order on Motion To Reconsider) No. of Notices: 1. Service Date 12/03/2004. (Admin.) (Entered: 12/04/2004) |
| 12/06/2004 | | Deadlines Terminated. The motion was denied. (kt) (Entered: 12/06/2004) |
| 12/06/2004 | | Deadlines Terminated. The proposed order was uploaded as required for DE# 141. (kt) (Entered: 12/06/2004) |
| 12/07/2004 | �e147 | Motion To Deny Attorney's Motion To Withdraw Filed by Fannie Plain (Re: Related Document(s) #:141 Motion to Withdraw as Attorney.) (kt) (Entered: 12/13/2004) |
| 12/07/2004 | �e148 | Response To Motion Filed By Chase Manhattan To Deny Debtor's Motion To Reconsider The Amount That Has Been Granted Chase Manhattan In Their Proof of Claim Filed With The Courts In 2004 Filed by Fannie Plain (Re: Related Document(s) #:138 Motion to Reconsider, 142 Response, .) (kt) (Entered: 12/13/2004) |
| 01/05/2005 | �e149 | Order Dismissing Objection To IRS Claims As Moot (Related Document(s) #:[37] Objection to Claim, 145 Motion to Set Hearing,, 93 Objection to Claim.) Order entered on 1/5/2005. (kt) (Entered: 01/05/2005) |
| 01/07/2005 | �e150 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:149 Order) No. of Notices: 3. Service Date 01/07/2005. (Admin.) (Entered: 01/08/2005) |
| | | |

| 01/11/2005 | 🔵151 | Order Granting Motion To Withdraw As Attorney (Related Document #: 141) Entered on 1/11/2005. (kt) (Entered: 01/11/2005) |
| 01/13/2005 | 🔵152 | Trustee's Report on Claims (xNiklas4, Cynthia) (Entered: 01/13/2005) |
| 01/13/2005 | 🔵153 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:151 Order on Motion to Withdraw as Attorney) No. of Notices: 2. Service Date 01/13/2005. (Admin.) (Entered: 01/14/2005) |
| 01/27/2005 | | Document Transmitted to Chambers Non Compliance.(Re: Related Document(s) #:151 Order on Motion to Withdraw as Attorney) (kt) (Entered: 01/27/2005) |
| 01/27/2005 | 🔵154 | Notice Withdrawing the Appearance of *John C. Hanrahan* (Clarke, James) (Entered: 01/27/2005) |
| 01/28/2005 | 🔵155 | Notice of Appearance and Request to Add Attorney Filed by Chase Manhattan Mortgage Corporation. (Clarke, James) (Entered: 01/28/2005) |
| 01/31/2005 | | Terminated Attorney John C. Hanrahan (be) (Entered: 01/31/2005) |
| 01/31/2005 | 🔵156 | Order To Show Cause For Failure To Comply With The Order Requiring Debtor's Attorney To File A Certificate of Mailing (Related Document(s) #:151 Order on Motion to Withdraw as Attorney.) Order entered on 1/31/2005.Responses due by 2/15/2005. (kt) (Entered: 01/31/2005) |
| 02/02/2005 | 🔵157 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:156 Order to Show Cause, ) No. of Notices: 1. Service Date 02/02/2005. (Admin.) (Entered: 02/03/2005) |
| 02/18/2005 | 🔵158 | Hearing Held (Re: Related Document(s) #:133 Motion to Modify Confirmation Order of 11/26/03 Confirming AmendedPlan Filed 7/14/03 as Modified in Open court on 11/14/03 ) (sm) (Entered: 02/18/2005) |

| 02/18/2005 | 🔾159 | Order Modifying Confirmation Order of 11/26/03, Confirming Amended Plan Filed 7/14/03 as Modified in Open Court on 11/14/03, Post-confirmation (Related Document #: 133) Entered on 2/18/2005. (sm) (Entered: 02/18/2005) |
|---|---|---|
| 02/20/2005 | 🔾160 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:159 Order on Motion to Modify Plan) No. of Notices: 1. Service Date 02/20/2005. (Admin.) (Entered: 02/21/2005) |
| 03/03/2005 | | Document Transmitted to Chambers For Non-Compliance (Re: Related Document(s) #:156 Order to Show Cause, ) (kt) (Entered: 03/03/2005) |
| 03/11/2005 | 🔾161 | Motion for Relief from Stay *and Co-Debtor Stay as to 3801 Blaine Street NE, Washington DC 20019.* Fee Amount $150, Filed by Chase Home Finance LLC c/o James Clarke (Attachments: # 1 Proposed Order # 2 Loan Documents) (Clarke, James) (Entered: 03/11/2005) |
| 03/11/2005 | 162 | Receipt of Motion for Relief From Stay(03-00925) [motion,mrlfsty] ( 150.00) Filing Fee. Receipt number220507. Fee Amount 150.00 (U.S. Treasury) (Entered: 03/11/2005) |
| 03/11/2005 | 🔾163 | Notice of Opportunity to Object Filed by Chase Home Finance LLC c/o James Clarke. (Re: Related Document(s) #:161 Motion for Relief From Stay.) Objections due by 3/22/2005. (Clarke, James) (Entered: 03/11/2005) |
| 03/11/2005 | 🔾164 | Notice of Hearing Scheduled for 04/07/05. *at 2:00pm in Courtroom 24* Filed by Chase Home Finance LLC c/o James Clarke. (Re: Related Document(s) #:161 Motion for Relief From Stay.) (Clarke, James) (Entered: 03/11/2005) |
| 03/14/2005 | 🔾 | Hearing Scheduled (Re: Related Document(s) #:161 Motion for Relief From Stay) Hearing scheduled for 4/7/2005 at 02:00 PM Courtroom 24. (kt) (Entered: 03/14/2005) |
| 03/15/2005 | 🔾165 | Request to Withdraw Document Filed by Chase Home |

| | | Finance LLC c/o James Clarke. (Re: Related Document(s) #:46 Motion for Relief from Co-Debtor Stay, Motion for Relief From Stay.) (Clarke, James) (Entered: 03/15/2005) |
|---|---|---|
| 03/16/2005 | | Documents Terminated. DE# 46 Was withdrawn by the movant See DE# 165 (kt) (Entered: 03/16/2005) |
| 04/03/2005 | 166 | Response Filed by Fannie Plain (Re: Related Document(s) #:161 Motion for Relief From Stay.) (Attachments: # 1 Proposed Order) (dc) (Entered: 04/04/2005) |
| 04/07/2005 | 167 | Hearing Continued (Re: Related Document(s) #:161 Motion for Relief From Stay and Co-debtor Stay as to 3801 Blaine St NE Washington, DC Filed by Chase Home Finance LLC) Hearing scheduled for 5/5/2005 at 2:00 PM Courtroom 24. (sm) (Entered: 04/07/2005) |
| 04/28/2005 | 168 | Trustee's Report on Claims Filed by Cynthia A. Niklas (xNiklas4, Cynthia) (Entered: 04/28/2005) |
| 05/05/2005 | 169 | Hearing Continued (Re: Related Document(s) #:161 Motion for Relief From Stay Regarding 3801 Blaine St NE Washington, DC Filed by Chase Home Finance LLC) Hearing scheduled for 5/26/2005 at 2:00 PM Courtroom 24. (sm) (Entered: 05/06/2005) |
| 05/26/2005 | 170 | Hearing Held (Re: Related Document(s) #:161 Motion for Relief From Stay and Co-Debtor Stay as to 3801 Blaine St NE Washington, DC Filed by Chase Home Finance LLC) (sm) (Entered: 05/26/2005) |
| 05/26/2005 | 171 | Order Granting Motion for Relief From Stay and Co-Debtor Stay Regarding 3801 Blaine St NE Washington, DC Filed by Chase Home Finance LLC(Related Doc # 161) Entered on 5/26/2005. (sm) (Entered: 05/26/2005) |
| 05/28/2005 | 172 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:171 Order on Motion for Relief) No. of Notices: 2. Service Date 05/28/2005. (Admin.) (Entered: 05/29/2005) |
| 06/05/2005 | 173 | Emergency Motion to Reconsider Filed by Fannie Plain |

| | | (Re: Related Document(s) #:171 Order on Motion for Relief.) (kt) (Entered: 06/06/2005) |
|---|---|---|
| 06/05/2005 | ☉174 | Request for Emergency Hearing Date Filed by Fannie Plain . (Re: Related Document(s) #:173 Motion to Reconsider.) (kt) (Entered: 06/06/2005) |
| 06/06/2005 | ☉175 | Order Staying Order Terminating Automatic Stay Pending a Hearing onthe Emergency Motion on 6/16/05 at 2:00 PM Re: (Related Document(s) #:171 Order on Motion for Relief.) Order entered on 6/6/2005. (sm) (Entered: 06/06/2005) |
| 06/06/2005 | ☉176 | Hearing Scheduled (Re: Related Document(s) #:173 Motion to Reconsider Order Terminating the Automatic Stay) Hearing scheduled for 6/16/2005 at 02:00 PM Courtroom 24. (sm) (Entered: 06/06/2005) |
| 06/08/2005 | ☉177 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:175 Order) No. of Notices: 2. Service Date 06/08/2005. (Admin.) (Entered: 06/09/2005) |
| 06/13/2005 | ☉178 | Response *to Emergency Motion to Reconsider* Filed by Chase Home Finance LLC c/o James Clarke (Re: Related Document(s) #:173 Motion to Reconsider.) (Attachments: # 1 Proposed Order) (Clarke, James) (Entered: 06/13/2005) |
| 06/14/2005 | ☉ | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER WAS NOT UPLOADED. PLEASE CLICK ON THE BANKRUPTCY MENU THEN CLICK ON ORDER UPLOAD AND PROCEED TO UPLOAD YOUR PROPOSED ORDER. (Re: Related Document(s) #:178 Response) YOU HAVE UNTIL 6/17/2005 for 178, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (dc) (Entered: 06/14/2005) |
| 06/16/2005 | ☉179 | Hearing Continued (Re: Related Document(s) #:173 Emergency Motion to Reconsider Order Terminating the Automatic Stay) Hearing scheduled for 6/23/2005 at 3:30 |

| | | PM Courtroom 24. (sm) (Entered: 06/20/2005) |
|---|---|---|
| 06/27/2005 | 180 | Consent Order Modifying Automatic Stay and Co-Debtor Stay (Related Document(s) #:161 Motion for Relief From Stay, 173 Motion to Reconsider.) Order entered on 6/27/2005. (sm) (Entered: 06/27/2005) |
| 06/29/2005 | 181 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:180 Endorsed Order) No. of Notices: 2. Service Date 06/29/2005. (Admin.) (Entered: 06/30/2005) |
| 07/12/2005 | 182 | Motion Right to Encumber/Refinance--Property 5902 Homewood Court, Lanham, Maryland 20706 filed by Fannie Plain (Attachments: # 1 Proposed Order) (dc) (Entered: 07/13/2005) |
| 07/14/2005 | 183 | Response /Consent TO DEBTOR'S MOTION SEEKING LENDER'S RIGHT TO ENCUMBER Filed by Cynthia A. Niklas (Re: Related Document(s) #:182 Motion.) (Attachments: # 1 Proposed Order) (xNiklas2, Cynthia) (Entered: 07/14/2005) |
| 07/14/2005 | | Document Transmitted to Chambers (Re: Related Document(s) #:182 Motion, 183 Response) (dc) (Entered: 07/14/2005) |
| 07/18/2005 | 184 | Order Granting Debtor's Motion Seeking Lender's Right To Encumber and For Post-Confirmation Modification (Related Document #: 182) Entered on 7/18/2005. (kt) (Entered: 07/18/2005) |
| 07/19/2005 | 185 | Trustee's Report on Claims (xNiklas4, Cynthia) (Entered: 07/19/2005) |
| 07/20/2005 | 186 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:184 Order on Motion) No. of Notices: 6. Service Date 07/20/2005. (Admin.) (Entered: 07/21/2005) |
| 08/18/2005 | 187 | Affidavit Re: 5474 Washington Avenue, Baton Rouge, LA 70806 Filed by Umbrella Bank. (Re: Related Document(s) #:120 Endorsed Order.) (Attachments: # 1 Certificate of Service)(Cantrell, Michael) (Entered: 08/18/2005) |

| 04/14/2006 | ❑188 | Motion for Relief from Stay *and Co-Debtor Stay as to 3801 Blaine Street, NE, Washington, DC 20019.* Fee Amount $150, Filed by Chase Home Finance LLC (Attachments: # 1 Proposed Order # 2 Loan Documents) (Clarke, James) (Entered: 04/14/2006) |
|---|---|---|
| 04/14/2006 | 189 | Receipt of Motion for Relief From Stay(03-00925) [motion,mrlfsty] ( 150.00) Filing Fee. Receipt number400442. Fee Amount 150.00 (U.S. Treasury) (Entered: 04/14/2006) |
| 04/14/2006 | ❑190 | Notice of Hearing Scheduled for 05/04/06. *at 2:00pm Courtroom 2, US Courthouse, 333 Constitution Ave., NW, Washington, DC 20001* Filed by Chase Home Finance LLC. (Re: Related Document(s) #:188 Motion for Relief From Stay.) (Clarke, James) (Entered: 04/14/2006) |
| 04/14/2006 | ❑191 | Notice of Opportunity to Object Filed by Chase Home Finance LLC. (Re: Related Document(s) #:190 Notice of Hearing, 188 Motion for Relief From Stay.) Objections due by 4/25/2006. (Clarke, James) (Entered: 04/14/2006) |
| 04/17/2006 | ❑ | Hearing Scheduled (Re: Related Document(s) #:188 Motion for Relief From Stay) Hearing scheduled for 5/4/2006 at 02:00 PM Courtroom 1 for 188. (Jackson, Renee) (Entered: 04/17/2006) |
| 05/01/2006 | | Document Transmitted to Chambers (Re: Related Document(s) #:188 Motion for Relief From Stay) (Myers, Sally) (Entered: 05/01/2006) |
| 05/04/2006 | ❑192 | Hearing Continued (Re: Related Document(s) #:188 Motion for Relief From Stay and Co-Debtor Stay as to 3801 Blaine St NE Washington, DC Filed by Chase Home Finance LLC) Hearing scheduled for 6/1/2006 at 2:00 PM Courtroom 1. (Myers, Sally) (Entered: 05/08/2006) |
| 06/01/2006 | ❑193 | Hearing Continued (Re: Related Document(s) #:188 Motion for Relief From Stay and Co-Debtor Stay Regarding 3801 Blaine St NE Washington, DC Filed by Chase Home Finance LLC) Hearing scheduled for 6/29/2006 at 2:00 PM Courtroom 1. (Myers, Sally) |

| | | (Entered: 06/01/2006) |
|---|---|---|
| 06/02/2006 | ➊194 | Response Filed by Fannie Plain requesting denial of the relief from automatic stay (Re: Related Document(s) #:188 Motion for Relief From Stay.) (Attachments: # 1 Order) (Meador, Patti) (Entered: 06/05/2006) |
| 06/29/2006 | ➊195 | Hearing Continued (Re: Related Document(s) #:188 Motion for Relief From Stay Filed by Chase Home Finance LLC) Hearing scheduled for 7/27/2006 at 2:00 PM Courtroom 1. (Myers, Sally) (Entered: 06/29/2006) |
| 07/27/2006 | ➊196 | Hearing Continued (Re: Related Document(s) #:188 Motion for Relief From Stay Regarding 3801 Blaine NE Washington, DC Filed by Chase Home Finance LLC) Hearing scheduled for 8/31/2006 at 2:00 PM Courtroom 1. (Myers, Sally) (Entered: 07/27/2006) |
| 08/23/2006 | ➊197 | Notice *of Default* Filed by Roxanne Rosado on behalf of Chase Home Finance LLC. (Re: Related Document(s) #:180 Endorsed Order.) (Rosado, Roxanne) (Entered: 08/23/2006) |
| 08/25/2006 | ➊198 | Motion for Relief from Stay *to Allow Foreclosure*. Fee Amount $150, Filed by Susquehanna Bank (Attachments: # 1 Exhibit "A" (Deed of Trust)# 2 Exhibit "B" (Note)# 3 Proposed Order) (Hofmeister, C.) (Entered: 08/25/2006) |
| 08/25/2006 | 199 | Receipt of Motion for Relief From Stay(03-00925) [motion,mrlfsty] ( 150.00) Filing Fee. Receipt number436398. Fee Amount 150.00 (U.S. Treasury) (Entered: 08/25/2006) |
| 08/25/2006 | ➊200 | Notice of Hearing Scheduled for 9/28/06. Filed by C. Larry Hofmeister Jr. on behalf of Susquehanna Bank. (Re: Related Document(s) #:198 Motion for Relief From Stay.) (Hofmeister, C.) (Entered: 08/25/2006) |
| 08/25/2006 | ➊201 | Notice of Opportunity to Object Filed by C. Larry Hofmeister Jr. on behalf of Susquehanna Bank. (Re: Related Document(s) #:200 Notice of Hearing, 198 Motion for Relief From Stay.) Objections due by 9/5/2006. |

|  |  | (Hofmeister, C.) (Entered: 08/25/2006) |
|---|---|---|
| 08/25/2006 | 🔾 | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER WAS NOT UPLOADED. PLEASE CLICK ON THE BANKRUPTCY MENU THEN CLICK ON ORDER UPLOAD AND PROCEED TO UPLOAD YOUR PROPOSED ORDER. (Re: Related Document(s) #:198 Motion for Relief From Stay) YOU HAVE UNTIL 8/28/2006 for 198, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Tyson, Katina) (Entered: 08/25/2006) |
| 08/25/2006 | 🔾 | Hearing Scheduled (Re: Related Document(s) #:198 Motion for Relief From Stay) Hearing scheduled for 9/28/2006 at 02:00 PM Courtroom. (Tyson, Katina) (Entered: 08/25/2006) |
| 08/25/2006 |  | Deadlines Terminated -- the proposed order for DE# 198 has been uploaded as required. (Tyson, Katina) (Entered: 08/25/2006) |
| 08/29/2006 | 🔾202 | Amended Notice *of Preliminary Hearing* Filed by C. Larry Hofmeister Jr. on behalf of Susquehanna Bank. (Re: Related Document(s) #:201 Notice of Opportunity to Object (11 Days)., 200 Notice of Hearing, 198 Motion for Relief From Stay.) (Hofmeister, C.) (Entered: 08/29/2006) |
| 08/29/2006 | 🔾 | Hearing Continued (Re: Related Document(s) #:198 Motion for Relief From Stay) Hearing scheduled for 10/5/2006 at 2:00 PM Courtroom 1. (Tyson, Katina) (Entered: 08/29/2006) |
| 08/31/2006 | 🔾203 | Hearing Continued (Re: Related Document(s) #:188 Motion for Relief From Stay and Co-Debtor Stay Regarding 3801 Blaine ST NE Washington, DC Filed by Chase Home Finance LLC) Hearing scheduled for 9/28/2006 at 2:00 PM Courtroom 1. (Myers, Sally) (Entered: 08/31/2006) |
| 09/11/2006 | 🔾204 | Objection Filed by Fannie Plain (Re: Related Document(s) |

| | | |
|---|---|---|
| | | #:198 Motion for Relief From Stay.) (Tyson, Katina) (Entered: 09/13/2006) |
| 09/20/2006 | ●205 | Notice *of Intent to Foreclose* Filed by Roxanne Rosado on behalf of Chase Home Finance LLC. (Re: Related Document(s) #:197 Notice.) (Rosado, Roxanne) (Entered: 09/20/2006) |
| 09/28/2006 | ●206 | Hearing Continued (Re: Related Document(s) #:188 Motion for Relief From Stay and Co-Debtor Stay Regarding 3801 Blaine St NE Washington, DC Filed by Chase Home Finance LLC) Hearing scheduled for 10/12/2006 at 2:00 PM Courtroom 1. (Myers, Sally) (Entered: 09/29/2006) |
| 10/01/2006 | ●207 | BNC Certificate of Mailing - Hearing. (Re: Related Document(s) #:206 Hearing Continued) No. of Notices: 1. Service Date 10/01/2006. (Admin.) (Entered: 10/02/2006) |
| 10/03/2006 | ●208 | Opposition Filed by Fannie Plain (Re: Related Document(s) #:188 Motion for Relief From Stay.) (Attachments: # 1 Proposed Order) (Meador, Patti) (Entered: 10/03/2006) |
| 10/03/2006 | ●209 | Motion to Reconsider Filed by Fannie Plain (Re: Related Document(s) #:188 Motion for Relief From Stay.) (Attachments: # 1 Proposed Order) (Meador, Patti) (Entered: 10/03/2006) |
| 10/03/2006 | ●210 | Request for Emergency Hearing Date Filed by Fannie Plain . (Re: Related Document(s) #:188 Motion for Relief From Stay.) (Meador, Patti) (Entered: 10/03/2006) |
| 10/04/2006 | ●211 | Order Denying Motion To Reconsider and Request for Emergency Hearing. (Related Document #: 209) Entered on 10/4/2006. (Myers, Sally) (Entered: 10/04/2006) |
| 10/05/2006 | ●212 | BNC Certificate of Mailing - Hearing. (Re: Related Document(s) #:206 Hearing Continued) No. of Notices: 2. Service Date 10/05/2006. (Admin.) (Entered: 10/06/2006) |
| 10/05/2006 | ●214 | Hearing Continued (Re: Related Document(s) #:198 Motion for Relief From Stay to Allow Foreclosure Filed by |

| | | |
|---|---|---|
| | | Susquehanna Bank) Hearing scheduled for 11/2/2006 at 2:00 PM Courtroom 1. (Myers, Sally) (Entered: 10/12/2006) |
| 10/06/2006 | ✪213 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:211 Order on Motion To Reconsider) No. of Notices: 3. Service Date 10/06/2006. (Admin.) (Entered: 10/07/2006) |
| 10/12/2006 | ✪216 | Hearing Continued (Re: Related Document(s) #:188 Motion for Relief From Stay) Hearing scheduled for 11/9/2006 at 2:00 PM Courtroom 1. (Myers, Sally) (Entered: 10/13/2006) |
| 10/13/2006 | ✪215 | Order Shortening Time for Responses to Discovery Relating to Motion of Chase Home Finance For Relief From the Automatic Stay (Related Document(s) #:188 Motion for Relief From Stay.) Ordered that the Hearing On the Motion for Relief From the Stay (DE# 188) is Continued to 11/9/06 at 2:00 PM. Order entered on 10/13/2006. (Myers, Sally) (Entered: 10/13/2006) |
| 10/15/2006 | ✪217 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:215 Order, ) No. of Notices: 4. Service Date 10/15/2006. (Admin.) (Entered: 10/16/2006) |
| 10/24/2006 | ✪218 | Certificate of Service *Regarding Discovery* Filed by Chase Home Finance LLC c/o James Clarke. (Re: Related Document(s) #:215 Order,, 188 Motion for Relief From Stay.) (Rosado, Roxanne) (Entered: 10/24/2006) |
| 10/27/2006 | ✪219 | Notice *of Post-Petition Payment History* Filed by C. Larry Hofmeister Jr. on behalf of Susquehanna Bank. (Re: Related Document(s) #:202 Amended Notice,, 201 Notice of Opportunity to Object (11 Days)., 214 Hearing Continued, 204 Objection, 200 Notice of Hearing, 198 Motion for Relief From Stay.) (Attachments: # 1 Supplement (Post-Petition Arrearage Paid and Due)) (Hofmeister, C.) (Entered: 10/27/2006) |
| 11/01/2006 | ✪220 | PROPOSED Consent Order Filed by Susquehanna Bank. (Re: Related Document(s) #:198 Motion for Relief From |

| | | |
|---|---|---|
| | | Stay.) (Hofmeister, C.) (Entered: 11/01/2006) |
| 11/01/2006 | | Document Transmitted to Chambers (Re: Related Document(s) #:220 Proposed Consent Order, 198 Motion for Relief From Stay) (Tyson, Katina) (Entered: 11/01/2006) |
| 11/02/2006 | 221 | Hearing Held (Re: Related Document(s) #:198 Motion for Relief From Stay to Allow Foreclosure Filed by Susquehanna Bank) OTBS by L. Hofmeister (Myers, Sally) (Entered: 11/02/2006) |
| 11/03/2006 | 222 | Consent Order Modifying Automatic Stay Regarding 5902 Homewood Court Lanham, MD (Related Document(s) #:198 Motion for Relief From Stay Filed by Susquehanna Bank.) Order entered on 11/3/2006. (Myers, Sally) (Entered: 11/03/2006) |
| 11/05/2006 | 223 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:222 Endorsed Order) No. of Notices: 3. Service Date 11/05/2006. (Admin.) (Entered: 11/06/2006) |
| 11/09/2006 | 224 | Notice of Hearing Continued to 12/07/2006. Filed by Roxanne Rosado on behalf of Chase Home Finance LLC. (Re: Related Document(s) #:188 Motion for Relief From Stay.) (Rosado, Roxanne) (Entered: 11/09/2006) |
| 11/09/2006 | 225 | Hearing Continued (Re: Related Document(s) #:188 Motion for Relief From Stay and Co-Debtor Stay as to 3801 Blaine St NE Washington, DC Filed by Chase Home Finance LLC) Hearing scheduled for 12/7/2006 at 2:00 PM Courtroom 1. (Myers, Sally) (Entered: 11/13/2006) |
| 11/16/2006 | 226 | Motion For Summary Judgment *In Support of the Motion for Relief from Automatic Stay and Co-Debtor Stay* Filed by Chase Home Finance LLC (Attachments: # 1 Memorandum of Points and Authorities# 2 Exhibit 1# 3 Proposed Order) (Rosado, Roxanne) (Entered: 11/16/2006) |
| 11/16/2006 | 227 | Notice of Opportunity to Object *to Motion for Summary Judgment In Support of the Motion for Relief from Automatic Stay and Co-Debtor Stay* Filed by Roxanne |

| | | |
|---|---|---|
| | | Rosado on behalf of Chase Home Finance LLC. (Re: Related Document(s) #:226 Motion for Summary Judgment,.) Objections due by 11/27/2006. (Rosado, Roxanne) (Entered: 11/16/2006) |
| 11/30/2006 | | Document Transmitted to Chambers (Re: Related Document(s) #:226 Motion for Summary Judgment, ) (Tyson, Katina) (Entered: 11/30/2006) |
| 12/07/2006 | ●228 | Hearing Held (Re: Related Document(s) #:188 Motion for Relief From Stay and Co-Debtor Stay as to 3801 Blaine St NE Washington, DC Filed by Chase Home Finance LLC) OTBS by R. Rosado (Myers, Sally) (Entered: 12/08/2006) |
| 12/11/2006 | ●229 | PROPOSED ORDER. OTBS*Order Modifying Relief from Automatic Stay and Co-Debtor Stay* Filed by Chase Home Finance LLC c/o James Clarke. (Re: Related Document(s) #:188 Motion for Relief From Stay, 226 Motion for Summary Judgment,.) (Rosado, Roxanne) (Entered: 12/11/2006) |
| 12/11/2006 | ●230 | Motion to Reconsiderand Motion to Request Emergency Hearing Filed by Fannie Plain (Re: Related Document(s) #:188 Motion for Relief From Stay, 226 Motion for Summary Judgment, .) (Attachments: # 1 Proposed Order) (Meador, Patti) (Entered: 12/12/2006) |
| 12/11/2006 | ●231 | Motion Requesting that All Previous Bank as Well as Previous Cashier Checks be Applied to the First Mortgage Regardless of Dates on the Checks filed by Fannie Plain (Meador, Patti) (Entered: 12/12/2006) |
| 12/12/2006 | ●232 | Order Directing Filing of New Proposed Order. It is Ordered that Chase Shall File a Revised Proposed Order That Indicates that the Cure Payment is Due by Friday, 12/15/06, and that Indicates that any Monthly Payment Shall Be Deemed Timely if Paid by the 15th of the Month. (Related Document(s) #:188 Motion for Relief From Stay.) Order entered on 12/12/2006. (Myers, Sally) (Entered: 12/12/2006) |
| 12/14/2006 | ●233 | BNC Certificate of Mailing - PDF Document. (Re: Related |

| | | |
|---|---|---|
| | | Document(s) #:232 Order Directing Compliance, ) No. of Notices: 6. Service Date 12/14/2006. (Admin.) (Entered: 12/15/2006) |
| 12/15/2006 | | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER DOCKETED AND UPLOADED HAS ON ITS FIRST PAGE LANGUAGE THAT APPEARS TO HAVE BEEN INTENDED FOR THE MOTION ITSELF THAT WAS ACCIDENTALLY USED AS THE OPENING RECITALS OF THE PROPOSED ORDER. PLEASE UPLOAD A CORRECTED ORDER.(Re: Related Document(s) #:226 Motion for Summary Judgment, ) YOU HAVE UNTIL 12/18/2006 for 226, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Jackson, Renee) (Entered: 12/15/2006) |
| 12/15/2006 | 234 | Order Directing Chase to File a New Proposed Order That Properly Identifies the Property Encumbered by its Deed of Trust.(Related Document(s) #:188 Motion for Relief From Stay.) Order entered on 12/15/2006. (Myers, Sally) (Entered: 12/15/2006) |
| 12/17/2006 | 235 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:234 Order Directing Compliance) No. of Notices: 6. Service Date 12/17/2006. (Admin.) (Entered: 12/18/2006) |
| 12/18/2006 | 236 | PROPOSED ORDER. requested order*Order Modifying Relief from Automatic Stay and Co-Debtor Stay Relating to the Property at 3801 Blaine St., NE, Washington, D.C. - First Lien* Filed by Chase Home Finance LLC c/o James Clarke. (Re: Related Document(s) #:234 Order Directing Compliance, 188 Motion for Relief From Stay, 226 Motion for Summary Judgment,, 232 Order Directing Compliance,.) (Rosado, Roxanne) (Entered: 12/18/2006) |
| 12/20/2006 | 237 | Order Modifying Motion for Relief From Stay and Co-Debtor Stay Relating to the Property at 3801 Blaine Street, N.E. Washington, D.C. (Related Doc # 188), Motion For |

| | | Summary Judgment (Related Document #: 226) Entered on 12/20/2006. (Meador, Patti) (Entered: 12/20/2006) |
|---|---|---|
| 12/20/2006 | 238 | Statement of Attorney Fees Filed by Chase Home Finance LLC c/o James Clarke. (Re: Related Document(s) #:237 Order on Motion for Relief,, Order on Motion For Summary Judgment,, 188 Motion for Relief From Stay, 226 Motion for Summary Judgment,.) (Attachments: # 1 Exhibit A)(Rosado, Roxanne) Modified on 12/20/2006 MODIFIED TO EDIT TEXT (Wint, Michael). (Entered: 12/20/2006) |
| 12/22/2006 | 239 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:237 Order on Motion for Relief, , Order on Motion For Summary Judgment, ) No. of Notices: 5. Service Date 12/22/2006. (Admin.) (Entered: 12/23/2006) |
| 12/26/2006 | 240 | Opposition *Motion Requesting Emergency Hearing* Filed by Chase Home Finance LLC c/o James Clarke (Re: Related Document(s) #:230 Motion to Reconsider, 188 Motion for Relief From Stay, 226 Motion for Summary Judgment,.) (Attachments: # 1 Proposed Order) (Rosado, Roxanne) (Entered: 12/26/2006) |
| 12/26/2006 | 241 | Motion to Dismiss/Strike/Withdraw Filed by Chase Home Finance LLC c/o James Clarke (Re: Related Document(s) #:231 Motion.) (Rosado, Roxanne) (Entered: 12/26/2006) |
| 12/28/2006 | 242 | Affidavit Re: *(Affidavit of Default)* Filed by Susquehanna Bank. (Re: Related Document(s) #:222 Endorsed Order.) (Hofmeister, C.) (Entered: 12/28/2006) |
| 12/28/2006 | 243 | Opposition Filed by Fannie Plain (Re: Related Document(s) #:238 Statement of Attorneys fees by Roxanne F. Rosado .) (Attachments: # 1 Proposed Order) (Meador, Patti) (Entered: 12/29/2006) |
| 12/28/2006 | 244 | A Request for Judicial Review filed by Fannie Plain (Attachments: # 1 attachment 1# 2 attachment 2# 3 attachment 3# 4 attachment 4) (Meador, Patti) (Entered: 12/29/2006) |
| 01/08/2007 | 245 | Memorandum Decision Re Debtor's "Motion Requesting |

|            |      |                                                                                                                                                                                                                                                                                                                                                                             |
|------------|------|---|
|            |      | that All Previous Bank as Well as Previous Cashier checks be Applied to The First Mortgage Regardless of Dates on Checks"(DE# 231) and Creditor's" Motion to Strike (DE# 241)(Related Document(s) #:241 Motion to Strike Document, 231 Motion.) Order entered on 1/8/2007. (Myers, Sally) (Entered: 01/08/2007) |
| 01/08/2007 | 246  | Order Denying Debtor's Motion Requesting that all Previous Bank as Well as Previous Cashier Checks Be Applied to the First Mortgage Regardless of the Dates on Checks and (Related Document #: 231), Dismissing Motion to Strike Document as Moot. (Related Document #: 241) Entered on 1/8/2007. (Re: Related Document(s) #:241 Motion to Strike Document, 231 Motion.) (Myers, Sally) (Entered: 01/08/2007) |
| 01/08/2007 | 247  | Memorandum Decision RE Motion Requesting an Emergency Hearing(Related Document(s) #:230 Motion to Reconsider.) Order entered on 1/8/2007. (Myers, Sally) (Entered: 01/08/2007) |
| 01/08/2007 | 248  | Order Denying Motion Requesting an Emergency Hearing (Related Document #: 230) Entered on 1/8/2007. (Myers, Sally) (Entered: 01/08/2007) |
| 01/08/2007 | 249  | Order Striking Without Prejudice to Filing a Paper in Proper From Debtor's Request for Judicial Review (Related Document #: 244) Entered on 1/8/2007. (Myers, Sally) (Entered: 01/08/2007) |
| 01/08/2007 | 250  | Response *to Debtor's Opposition Entitled Motion Requesting That the Attorney Fee Requested/Filed by Attorney Roxanne Rosado and Draper & Goldberg, et., be Denied* Filed by Chase Home Finance LLC (Re: Related Document(s) #:243 Opposition.) (Attachments: # 1 Proposed Order) (Rosado, Roxanne) (Entered: 01/08/2007) |
| 01/08/2007 | 251  | Motion to Dismiss/Strike/Withdraw *Motion to Strike* Filed by Chase Home Finance LLC (Re: Related Document(s) #:244 Motion.) (Attachments: # 1 Proposed Order) (Rosado, Roxanne) (Entered: 01/08/2007) |
|            |      |   |

| 01/10/2007 | ●252 | Hearing Scheduled (Re: Related Document(s) #:238 Statement of Attorney Fees ) Hearing scheduled for 2/8/2007 at 02:00 PM Courtroom 1. (Myers, Sally) (Entered: 01/10/2007) |
|---|---|---|
| 01/10/2007 | ●253 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:245 Memorandum Decision, ) No. of Notices: 1. Service Date 01/10/2007. (Admin.) (Entered: 01/11/2007) |
| 01/10/2007 | ●254 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:246 Order on Motion, , Order on Motion to Dismiss/Strike/Withdraw Document, ) No. of Notices: 1. Service Date 01/10/2007. (Admin.) (Entered: 01/11/2007) |
| 01/10/2007 | ●255 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:247 Memorandum Decision) No. of Notices: 1. Service Date 01/10/2007. (Admin.) (Entered: 01/11/2007) |
| 01/10/2007 | ●256 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:248 Order on Motion To Reconsider) No. of Notices: 1. Service Date 01/10/2007. (Admin.) (Entered: 01/11/2007) |
| 01/10/2007 | ●257 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:249 Order on Motion) No. of Notices: 1. Service Date 01/10/2007. (Admin.) (Entered: 01/11/2007) |
| 01/12/2007 | ●258 | BNC Certificate of Mailing - Hearing. (Re: Related Document(s) #:252 Hearing Scheduled) No. of Notices: 2. Service Date 01/12/2007. (Admin.) (Entered: 01/13/2007) |
| 01/18/2007 | ●259 | Response Filed by Fannie Plain (Re: Related Document(s) #:250 Response by Roxanne F. Roado .) (Meador, Patti) (Entered: 01/19/2007) |
| 01/18/2007 | ●260 | Response Filed by Fannie Plain (Re: Related Document(s) #:242 Affidavit.) (Meador, Patti) (Entered: 01/19/2007) |
| 01/19/2007 | ●261 | Notice *(Second Notice of Default)* Filed by C. Larry Hofmeister Jr. on behalf of Susquehanna Bank. (Re: |

| | | Related Document(s) #:242 Affidavit, 222 Endorsed Order.) (Hofmeister, C.) (Entered: 01/19/2007) |
|---|---|---|
| 02/02/2007 | 262 | Notice of Hearing Scheduled for 03/01/07. Filed by Roxanne Rosado on behalf of Chase Home Finance LLC. (Re: Related Document(s) #:238 Affidavit,.) (Rosado, Roxanne) (Entered: 02/02/2007) |
| 02/02/2007 | 263 | Hearing Continued at the Request of the Court(Re: Related Document(s) #:238 Statement of Attorney Fees Filed by Chase Home Finance LLC ) Hearing scheduled for 3/15/2007 at 2:00 PM Courtroom 1. (Myers, Sally) (Entered: 02/02/2007) |
| 02/02/2007 | | Flags Set-Reset Hearing set by the court to 3/15 (Myers, Sally) (Entered: 02/02/2007) |
| 02/04/2007 | 264 | BNC Certificate of Mailing - Hearing. (Re: Related Document(s) #:263 Hearing Continued) No. of Notices: 2. Service Date 02/04/2007. (Admin.) (Entered: 02/05/2007) |
| 03/06/2007 | | I have spoken with Christine at Larry Hoffmeister's office who has indicated that we do not need to set the response to the first notice of default as it was cured. However, they had indicated that they would file a line indicating the cure. As of this date they have not done so. (Myers, Sally) (Entered: 03/06/2007) |
| 03/14/2007 | 265 | Notice *of Debtor's Cure of First and Second Notices of Default* Filed by C. Larry Hofmeister Jr. on behalf of Susquehanna Bank. (Re: Related Document(s) #:242 Affidavit, 261 Notice, 260 Response.) (Attachments: # 1 Supplement (Letter dated 2/1/07 to return check #5275)# 2 Supplement (Consent Order Payment History)) (Hofmeister, C.) (Entered: 03/14/2007) |
| 03/14/2007 | 266 | Notice *of Third and Final Default* Filed by C. Larry Hofmeister Jr. on behalf of Susquehanna Bank. (Re: Related Document(s) #:265 Notice,, 242 Affidavit, 261 Notice, 260 Response.) (Attachments: # 1 Supplement (Consent Order Payment History)) (Hofmeister, C.) (Entered: 03/14/2007) |

| 03/14/2007 | ◑267 | Motion to Continue Hearing Filed by Fannie Plain (Re: Related Document(s) #:238 Affidavit of Attorneys .) (Meador, Patti) (Entered: 03/15/2007) |
|---|---|---|
| 03/15/2007 | ◑268 | Hearing Continued (Re: Related Document(s) #:238 Statement of Attorney Fees Filed by Chase Home Finance LLC ) Hearing scheduled for 4/5/2007 at 2:00 PM Courtroom 1. (Myers, Sally) (Entered: 03/15/2007) |
| 03/20/2007 | ◑269 | Notice *of Default* Filed by Roxanne Rosado on behalf of Chase Home Finance LLC. (Re: Related Document(s) #:237 Order on Motion for Relief,, Order on Motion For Summary Judgment,.) (Rosado, Roxanne) (Entered: 03/20/2007) |
| 04/02/2007 | ◑272 | Response Filed by Fannie Plain (Re: Related Document(s) #:266 Third and Final Notice of Default .) (Meador, Patti) (Entered: 04/03/2007) |
| 04/02/2007 | ◑273 | Response Filed by Fannie Plain (Re: Related Document(s) #:269 Notice of Default) (Meador, Patti) (Entered: 04/03/2007) |
| 04/02/2007 | ◑274 | Motion Requesting that the Trustee Cynthia Niklas be Required to Re-direct all of the Extra Payments She has Received from the Payroll Account of Debtor Filed by Fannie Plain (Meador, Patti) (Entered: 04/03/2007) |
| 04/03/2007 | ◑270 | Hearing Scheduled (Re: Related Document(s) #:266 Notice of Third and Final Default filed by Susquehanna Mortgage Bank) Hearing scheduled for 4/19/2007 at 02:00 PM Courtroom 1. (Myers, Sally) (Entered: 04/03/2007) |
| 04/03/2007 | ◑271 | Hearing Scheduled (Re: Related Document(s) #:269 Notice of Default Filed by Chase Home Mortgage) Hearing scheduled for 4/26/2007 at 02:00 PM Courtroom 1. (Myers, Sally) (Entered: 04/03/2007) |
| 04/05/2007 | ◑275 | Hearing Held (Re: Related Document(s) #:238 Statement of Attorney Fees filed by Chase Home Finance LLc ) (Myers, Sally) (Entered: 04/05/2007) |
| | | |

| 04/05/2007 | 276 | Order Denying Document Entitled Motion Requesting That the Attorney Fee Requested/Filed by Attorney Roxanne F. Rosado and Draper and Goldberg,ET Be Denied. (Related Document(s) #:243 Opposition.) Order entered on 4/5/2007. (Myers, Sally) (Entered: 04/05/2007) |
|---|---|---|
| 04/05/2007 | 277 | Order Disposing of Debtor's Opposition (DE NO. 243) to Chase Home Finance LLC's Statement of Attorney Fees (DE NO. 238)Re: (Related Document(s) #:238 Statement of Attorney Fees.) Ordered that the Debtor's Opposition is Overruled. Order entered on 4/5/2007. (Myers, Sally) (Entered: 04/05/2007) |
| 04/05/2007 | 278 | BNC Certificate of Mailing - Hearing. (Re: Related Document(s) #:270 Hearing Scheduled) No. of Notices: 2. Service Date 04/05/2007. (Admin.) (Entered: 04/06/2007) |
| 04/05/2007 | 279 | BNC Certificate of Mailing - Hearing. (Re: Related Document(s) #:271 Hearing Scheduled) No. of Notices: 2. Service Date 04/05/2007. (Admin.) (Entered: 04/06/2007) |
| 04/07/2007 | 280 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:276 Order) No. of Notices: 4. Service Date 04/07/2007. (Admin.) (Entered: 04/08/2007) |
| 04/07/2007 | 281 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:277 Order, ) No. of Notices: 2. Service Date 04/07/2007. (Admin.) (Entered: 04/08/2007) |
| 04/12/2007 | 282 | Objection *TO DEBTOR'S MOTION REQUESTING THE REFUND/REDIRECTION OF EXTRA PAYMENTS* Filed by Cynthia A. Niklas (Re: Related Document(s) #:274 Motion to Compel.) (Attachments: # 1 Exhibit # 2 Proposed Order) (xNiklas2, Cynthia) (Entered: 04/12/2007) |
| 04/16/2007 | 283 | Hearing Scheduled (Re: Related Document(s) #:274 Motion to CompelChapter 13 Trustee to Return Funds) Hearing scheduled for 4/20/2007 at 11:00 AM Courtroom 1. (Myers, Sally) (Entered: 04/16/2007) |
| 04/16/2007 |  | Notice of Court's Manual Mailing of Notice of Hearing to Fannie Plain at Address of Record and POB 62022 |

| | | Washington, DC 20019 (Re: Related Document(s) #:283 Hearing Scheduled) (Myers, Sally) (Entered: 04/17/2007) |
|---|---|---|
| 04/18/2007 | 284 | Notice of Appearance and Request for Notice Filed by C. Larry Hofmeister Jr. on behalf of Susquehanna Bank. (Hofmeister, C.) (Entered: 04/18/2007) |
| 04/18/2007 | 285 | BNC Certificate of Mailing - Hearing. (Re: Related Document(s) #:283 Hearing Scheduled) No. of Notices: 1. Service Date 04/18/2007. (Admin.) (Entered: 04/19/2007) |
| 04/19/2007 | | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE ATTACHED PDF RELATES TO A DIFFERENT CASE. PLEASE FILE AN AMENDED PLEADING WITH THE CORRECT PDF. (Re: Related Document(s) #:284 Notice of Appearance) YOU HAVE UNTIL 4/22/2007 for 284, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Meador, Patti) (Entered: 04/19/2007) |
| 04/19/2007 | 286 | Amended Notice *of Appearance and Request for Notices Pursuant to Bankruptcy Rule 2002* Filed by C. Larry Hofmeister Jr. on behalf of Susquehanna Bank. (Re: Related Document(s) #:284 Notice of Appearance, 266 Notice,.) (Hofmeister, C.) (Entered: 04/19/2007) |
| 04/19/2007 | 287 | Hearing Held (Re: Related Document(s) #:266 Notice of Third and Final Default Filed by Susquehanna Bank ) (Myers, Sally) (Entered: 04/19/2007) |
| 04/20/2007 | 288 | Hearing Held (Re: Related Document(s) #:274 Motion Requesting Trustee Cynthia Niklas be Required to Re-Direct all of the Extra Payments She Has Received From the Payroll Account of Debtor Filed by Fannie Plain) (Myers, Sally) (Entered: 04/20/2007) |
| 04/20/2007 | 289 | Order DC Having Paid the Trustee $1523.64 in Plan Payments Sooner Than was Required, It is Ordered that the Trustee Shall Refund $1523.64 to the Debtor (But the Debtor's Future Required Plan Payments Shall Continue). |

|  |  | (Related Document #: 274Motion Requesting that the Trustee Cynthia Niklas be Required to Re-Direct all of the Extra Payments She has Received from the Payroll Account of Debtor Filed by Fannie Plain ) Entered on 4/20/2007. (Myers, Sally) (Entered: 04/20/2007) |
|---|---|---|
| 04/22/2007 | ○290 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:289 Order on Motion to Compel, ) No. of Notices: 2. Service Date 04/22/2007. (Admin.) (Entered: 04/23/2007) |
| 04/23/2007 | ○291 | PROPOSED ORDER. Requested Order to be Submitted (OTBS) Filed by Susquehanna Bank. (Re: Related Document(s) #:266 Notice,, 272 Response.) (Hofmeister, C.) (Entered: 04/23/2007) |
| 04/25/2007 | ○292 | Notice *of Cure* Filed by Roxanne Rosado on behalf of Chase Home Finance LLC. (Re: Related Document(s) #:269 Notice.) (Rosado, Roxanne) (Entered: 04/25/2007) |
| 04/26/2007 | ○294 | Motion Requesting that the Extra Money Directed to Cynthia Niklas be Returned to the Account of Ms Fannie Plain Filed by Fannie Plain (Attachments: # 1 Proposed Order ) (Myers, Sally) Modified on 5/1/2007 CORRECTIVE ENTRY: MODIFY TO SHOW CORRECT DATE FILED.(Myers, Sally). (Entered: 05/01/2007) |
| 04/26/2007 | ○295 | Motion to Strike The Appearance of Carol Blumenthal on the Behalf of Susquehanna Bank Filed by Fannie Plain (Re: Related Document(s) #:266 Notice of Default.) (Attachments: # 1 Proposed Order) (Myers, Sally) Modified on 5/1/2007 CORRECTIVE ENTRY: TO CORRECT DATE OF FILING(Myers, Sally). (Entered: 05/01/2007) |
| 04/26/2007 | ○296 | Motion to Strike Attorney Fees of Carol Blumenthal Representing Susquehanna Bank Filed by Fannie Plain (Re: Related Document(s) #:266 Notice of Default.) (Attachments: # 1 Proposed Order) (Myers, Sally) (Entered: 05/01/2007) |
| 04/30/2007 | ○293 | Order Denying Debtor's Opposition and Response to Notice of Third and Final Default Filed by Susquehanna Bank |

| | | |
|---|---|---|
| | | (Related Document(s) #:266 Notice of Third and Final Default.) Order entered on 4/30/2007. (Myers, Sally) (Entered: 04/30/2007) |
| 05/02/2007 | 297 | Objection *TO DEBTOR'S MOTION* Filed by Cynthia A. Niklas (Re: Related Document(s) #:294 Motion to Compel,.) (Attachments: # 1 Proposed Order) (xNiklas2, Cynthia) (Entered: 05/02/2007) |
| 05/02/2007 | 298 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:293 Order) No. of Notices: 2. Service Date 05/02/2007. (Admin.) (Entered: 05/03/2007) |
| 05/02/2007 | 302 | Motion Requesting that the Attorney Fees filed with the Court be Eliminated Altogether as well as Denying that these Fees be Charged to my Mortgage Account filed by Fannie Plain (Meador, Patti) (Entered: 05/04/2007) |
| 05/02/2007 | 303 | Notice of Appeal to District Court. . Fee Amount $255 (FEE NOT PAID) Filed by Fannie Plain (Re: Related Document(s) #:277 Order, .) Appellant Designation due by 5/12/2007. (Meador, Patti) (Entered: 05/04/2007) |
| 05/03/2007 | 299 | Order Striking Motion as a Nullity #:295 Motion to Strike Appearance of Carol Blumenthal on Behalf of Susquehanna Bank. (Related Document(s) #:295 Motion to Strike.) Order entered on 5/3/2007. (Myers, Sally) (Entered: 05/03/2007) |
| 05/03/2007 | 300 | Order Denying in Part Motion Seeking Miscellaneous Relief and Striking Balance of Motion as a Nullity #:296 Motion to Strike. (Related Document(s) #:296 Motion to Strike.) Order entered on 5/3/2007. (Myers, Sally) (Entered: 05/03/2007) |
| 05/04/2007 | 301 | Order Denying as Moot Motion To Compel Trustee to Turnover Funds (Related Document #: 294) Entered on 5/4/2007. (Myers, Sally) (Entered: 05/04/2007) |
| 05/04/2007 | 304 | Election to Appeal to District Court . Filed by Fannie Plain (Re: Related Document(s) #:303 Notice of Appeal.) (Meador, Patti) (Entered: 05/04/2007) |
| | | |

| 05/04/2007 | ⊜305 | Notice to Party Filing Deficient Pleading(s)/Document(s). (Re: Related Document(s) #:303 Notice of Appeal) Deficient Pleading(s)/Document(s) due by 5/11/2007. THE FILING FEE OF $255.00 WAS NOT PAID. (Meador, Patti) (Entered: 05/04/2007) |
|---|---|---|
| 05/04/2007 | ⊜306 | Certificate of Service Filed by Clerk's Office. Notice of Appeal mailed on 5/4/07 to Clement Eyo, 5902 Homewood Cour, Lanham MD 20706; Cynthia Niklas, 4545 Forty-Second street, NW, Washington DC 20016; U. S. Trustee for Region Four, 115 S. Union street, Suite 210, Plaza Level, Alexandria VA 22314; L. Darren Goldberg and James E. Clarke, Draper & Goldberg, 803 Sycolin Road, Suite 301, Leesburg, VA 20175.(Re: Related Document(s) #:303 Notice of Appeal.) (Meador, Patti) (Entered: 05/04/2007) |
| 05/05/2007 | ⊜307 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:299 Order Striking) No. of Notices: 2. Service Date 05/05/2007. (Admin.) (Entered: 05/06/2007) |
| 05/05/2007 | ⊜308 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:300 Order Striking) No. of Notices: 2. Service Date 05/05/2007. (Admin.) (Entered: 05/06/2007) |
| 05/06/2007 | ⊜309 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:301 Order on Motion to Compel) No. of Notices: 2. Service Date 05/06/2007. (Admin.) (Entered: 05/07/2007) |
| 05/08/2007 | ⊜310 | Notice Withdrawing the Appearance of *Roxanne Rosado* (Rosado, Roxanne) (Entered: 05/08/2007) |
| 05/08/2007 | ⊜311 | Notice of Appearance and Request to Add Party to Mailing Matrix Filed by James E. Clarke on behalf of Chase Home Finance LLC. (Clarke, James) (Entered: 05/08/2007) |
| 05/11/2007 | ⊜312 | Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: Bank One Delaware NA (Claim No. 4) To ROUNDUP FUNDING, L.L.C. To ROUNDUP FUNDING, L.L.C.MS 550PO Box 91121SEATTLE, WA 98111-9221 Filed by ROUNDUP FUNDING, L.L.C. (Tran, |

| | | |
|---|---|---|
| | | Linh) (Entered: 05/11/2007) |
| 05/14/2007 | 313 | Opposition *TO DEBTOR?S MOTION REQUESTING FEES BE ELIMINATED and/or MOTION ALSO FOR JUDICIAL REVIEW* Filed by Chase Home Finance LLC c/o James Clarke (Re: Related Document(s) #:302 Motion.) (Attachments: # 1 Proposed Order) (Clarke, James) (Entered: 05/14/2007) |
| 05/15/2007 | 314 | Trustee's Report on Claims (xNiklas2, Cynthia) (Entered: 05/15/2007) |
| 06/28/2007 | 315 | Order Re: (Related Document(s) #:302 Motion Requesting tht the Attorney Fees Filed With The Courts Be Eliminated Altogether As Well Denying That These Fees be Charged to My Mortgage Account and Motion Also for Judicial Review 303 Notice of Appeal.) Ordered That the Court Will Not Address the Merits of the Debtor's Filing (DE# 302 and 303) or Chase Home Finance's Opposition Thereto (DE# 313) as the Court No Longer Has Jurisdiction Over This Matter. Ordered that the Clerk's Office is Directed to Promptly Transmit The Record On Appeal to the District Court. Order entered on 6/28/2007. (Myers, Sally) (Entered: 06/28/2007) |
| 06/30/2007 | 316 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:315 Order, , ) No. of Notices: 2. Service Date 06/30/2007. (Admin.) (Entered: 07/01/2007) |

CERTIFIED COPY
CLERK, U.S. BANKRUPTCY COURT
BY: _____

JS-44
(Rev. 2/01 DC)

## I (a) PLAINTIFFS

*In Re: Fannie Plain*

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 1100/
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

## DEFENDANTS

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT_____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:07-cv-01199
Assigned To : Urbina, Ricardo M.
Assign. Date : 7/2/2007
Description: General Civil

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust

☐ 410 Antitrust

### ☐ B. Personal Injury/ Malpractice

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

## ☒ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☒ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student<br>Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability | ☐ 441 Civil Rights-Voting (if Voting<br>Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

BANKRUPTCY APPEAL  11: 8001

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 | **DEMAND $** | Check YES only if demanded in complaint<br>**JURY DEMAND:** ☐ YES  ☒ NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    ☐ YES  ☒ NO    If yes, please complete related case form.

DATE 7.2.07    SIGNATURE OF ATTORNEY OF RECORD  *NCD*

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
#### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

